JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | ) |
| **CLEAREDGE POWER, INC.,** | ) Case No. |
| An Oregon Corporation, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| 920 Thompson Place, Suite 100 | ) |
| Sunnyvale, California 94085 | ) |
| | ) |
| Employer Tax I.D. No. 20-0119415 | ) |

**LIST OF CREDITORS HOLDING
20 LARGEST UNSECURED CLAIMS**

Attached hereto as **Exhibit "A"** is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in this Chapter 11 case.

I, David B. Wright, declare under penalty of perjury that I have read this LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS attached hereto as **Exhibit "A"** and that it is true and correct to the best of my knowledge, information and belief.

Dated: May 1, 2014                    **ClearEdge Power Inc.**

                            By:  */s/David B. Wright*
                                David B. Wright
                                Chief Executive Officer

ATTACHMENT TO LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS

      ClearEdge Power, Inc. and its subsidiary ClearEdge Power, LLC and its subsidiary ClearEdge Power International Service, LLC constitute, with other non-debtor affiliates, a joint enterprise. The LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS filed herein is identical to the LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS filed in the cases of its affiliate debtors.

B 4 (Official Form 4) (12/07)

In re   ClearEdge Power, Inc.                                                                                       Case No.
                                    Debtor                                                                                    Chapter   11

# UNITED STATES BANKRUPTCY COURT
Northern District Of California

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| **(1)** | **(2)** | **(3)** | **(4)** | | | **(5)** |
|---|---|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim [if secured also state value of security] |
| Metro Mold and Design LLC<br>20600 County Road 81<br>Rogers, MN 55374 | Dean Miller<br>dean.miller@metrolmold.com<br>Tim Holland, President<br>Ph. 612-845-5721<br>tim.holland@metromold.com | | | | | 3,195,872.00 |
| ABB Inc.<br>10300 Henri Bourassa West<br>St-Laurent, QU H4S 1N6 | Chris Poynter<br>VP and General Manager<br>Ph. 514-603-8052<br>chris.j.poynter@ca.abb.com | | | | | $2,464,698.00 |
| B-G Mechanical Service Inc.<br>6 Second Avenue<br>Chicopee, MA 01020 | Doug Beck<br>David Gernux, President<br>Ph. 413-626-0040, 413-592-5300<br>DGernux@BGMechanical.com | | | | | 2,043,065.72 |
| Advantech Industries Inc.<br>3850 Buffalo Road<br>Rochester, NY 14624 | Athena Smith<br>James M. Gizzi, President<br>Ph. 585-247-0701 Ext. 248<br>Athena@advantechindustries.com | | | | | 1,555,784.95 |
| Johnson Matthey Fuel Cells-<br>Swindon, UK<br>Lydiard Fields<br>Great Western Way<br>Swindon,  SN5 8AT | Jack Frost, Director<br>Ph. UK +44 (0) 1793-755613<br>frostjc@matthey.com | | | | | 1,161,816.06 |
| Hess Corporation<br>One Hess Plaza<br>Woodbridge, NJ 07095 | Jonathan Rowe, Account Manager<br>Ph. 401-580-1568<br>jonathan.rowe@directenergy.com;<br>jvaschak@hess.com | | | | | 774,047.58 |

B 4 (Official Form 4) (12/07)

In re  ClearEdge Power, Inc.                             Case No.
                    Debtor                                Chapter 11

| Name | Contact | | | | Amount |
|---|---|---|---|---|---|
| H.M. Hughes Co., Inc.<br>323 East 65Th Street<br>New York, NY 10065 | Jeffrey Massina<br>Ph. 212-772-7790<br>Jmm@hmhughes.com | | | | 599,863.50 |
| Toray Composite America Inc.<br>19002 50th Avenue E<br>Tacoma, WA 98446 | | | | | 567,575.50 |
| Belcan Services Group<br>10200 Anderson Way<br>Cincinnati, OH 45242 | Maryanne Vesce<br>Ph. 860-683-5547<br>mvesce@belcan.com | | | | 548,379.98 |
| Data 2 Logistics, LLC<br>PO Box 61050<br>Fort Myers, FL 33906 | Donnie Thomas<br>Ph. 239-425-8052<br>Donnie.Thomas@Data2Logistics.com | | | | 540,369.94 |
| AIC S.A.<br>Rdestowa 41<br>Gdynia, 81-577 | Jacek Kozlowski, Sales Manager<br>Poland Ph. 48 (58) 785-61-64<br>j.kozlowski@myaic.com | | | | 465,430.00 |
| Croll Reynolds Co. Inc.<br>Six Campus Drive<br>Maple Plaza Ii<br>Parsippany, NJ 07054 | Henry E. Hage<br>Ph. 908-232-4200 Ext. 109<br>hhage@croll.com | | | | 404,942.85 |
| SGL Carbon Corp.<br>900 Theresia St.<br>St Marys, PA 15857 | | | | | 366,000.00 |
| Allegheny Bradford Corp.<br>1522 South Avenue<br>Lewis Run, PA 16738 | Rob Denning, Account Manager<br>Ph. 814-362-2590 Ext. 265<br>rdenning@alleghenybradford.com | | | | 343,804.20 |
| Aerotek Commercial Staffing<br>PO Box 198531<br>Atlanta, GA 30384-8531 | Ph. 866-466-0420 Ext. 35285 | | | | 289,256.37 |
| The Bernd Group Inc.<br>PO Box 2245<br>Dunedin, FL 34697 | Dorene Jones<br>Pilar Bernd, President<br>Ph. 800-346-8335<br>Pilar Ph. 727-736-2288<br>rraccounting@berndgroup.com;<br>pilar@berndgroup.com | | | | 276,827.58 |
| CDW Computer Centers Inc.<br>200 N Milwaukee Ave<br>Vernon Hills, IL 60061 | Metta Moseley<br>Ph. 847-371-2225<br>armemos@cdw.com | | | | 272,477.22 |

In re   ClearEdge Power, Inc.                              Case No.
                 Debtor                                    Chapter   11

| Name and Address | | | | | Amount |
|---|---|---|---|---|---|
| Schneider Electric Inc. USA<br>1415 S. Roselle Rd.<br>Palatine, IL 60067 | | | | | 271,098.60 |
| Duyck Machine Inc.<br>Attn.: Andy Duyck<br>4200 Nw Visitation Rd.<br>Forest Grove, OR 97116 | | | | | 255,195.75 |
| Fedex<br>PO Box 7221<br>Pasadena, CA  91109-7321 | | | | | 234,429.27 |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, David B. Wright, Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   May 1, 2014            Signature:   */s/* David B. Wright
                                            David B. Wright
                                            Chief Executive Officer

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § § 152 and 3571.