JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.,**
An Oregon Corporation,

Debtor.

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Employer Tax I.D. No. 20-0119415

Case No. 14-51955-CN-11

Chapter 11

### NOTICE OF RELATED CASES

**NOTICE IS HEREBY GIVEN** of the filing of related cases as set forth below, pursuant to Bankruptcy Local Rule 1015-1(b). On May 1, 2014, each the following debtors filed its respective Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, San Jose Division:

ClearEdge Power, Inc.: Case No. 14-51955-CN-11;

ClearEdge Power, LLC: Case No. 1451956-SLJ-11; and

ClearEdge Power Service International, LLC: Case No. 14-51960-ASW-11.

/ / /

/ / /

1     Each of the above-identified debtors are affiliates of each other as defined in Bankruptcy Code Section 101(2).

Dated: May 1, 2014           **DORSEY & WHITNEY LLP**

By:  */s/ John Walshe Murray*
     John Walshe Murray
     Attorneys for Debtors