

JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 2, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.,**
An Oregon Corporation,

    Debtor.

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Employer Tax I.D. No. 20-0119415

Case No. 14-51955-CN-11

Chapter 11

*[No Hearing Required]*

### ORDER TRANSFERRING RELATED CASES

The EX PARTE MOTION FOR ORDER TRANSFERRING RELATED CASES (the "Motion") of ClearEdge Power, Inc., an Oregon Corporation, the debtor and debtor in possession in the above-captioned bankruptcy case, came before this Court on an *ex parte* basis. The Court, having reviewed the Motion, finding that notice of the Motion is unnecessary under the circumstances of this case, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is Granted; and

2. The bankruptcy cases of ClearEdge Power, LLC, fka ClearEdge Power Corporation, fka UTC Power Corporation, a Delaware Limited Liability Company, Case No. 14-51956-SLJ-11

| | |
|---|---|
| 1 | and ClearEdge Power International Service, LLC, a Delaware Limited Liability Company, Case No. |
| 2 | 14-51960-ASW-11, are hereby transferred to this Court. |
| 3 | |
| 4 | **\*\*END OF ORDER\*\*** |

**COURT SERVICE LIST**

None