

JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 2, 2014

_____
**Charles Novack**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.,**
An Oregon Corporation,

        Debtor.

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Employer Tax I.D. No. 20-0119415

Case No. 14-51955-CN-11

Chapter 11

### ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION OF ESTATES

The EX PARTE MOTION FOR ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION OF ESTATES AND APPROVING CAPTIONS (the "Motion") of ClearEdge Power, Inc., an Oregon Corporation, the debtor and debtor in possession herein ("CEP Inc."), came before this Court on an ex parte basis. The Court, having reviewed the Motion, finding that notice of the Motion is unnecessary under the particular circumstances of this case, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion;

2. The Motion be, and hereby is, granted;

3. The Debtors' bankruptcy cases shall be jointly administered;

4. All parties in interest and the Clerk of the Court are directed to file and docket all pleadings and notices in the Debtors' cases in the case of CEP Inc., Case No. 14-51955-CN-11;

5. The Clerk's Office or any claims agent appointed by the Court in the Debtors' bankruptcy cases shall maintain separate claims registers in each of the cases; and

6. The short form caption, in the form attached as Exhibit "A" to the Motion, is hereby approved and all parties in interest are hereby directed to use a caption substantially similar to Exhibit "A" to the Motion for all pleadings and notices subsequently filed and served in these jointly administered cases.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

None