KEATING MUETHING & KLEKAMP PLL
Robert G. Sanker (Ohio Bar No. 0039040)
Jason V. Stitt (Ohio Bar No. 0078513)
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6587
Facsimile: (513) 579-6457
rsanker@kmklaw.com
jstitt@kmklaw.com

Attorneys for Creditors BELCAN SERVICES GROUP, L.P. and
BELCAN ENGINEER GROUP, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CLEAREDGE POWER, INC.<br><br>CLEAREDGE POWER, LLC<br><br>CLEAREDGE POWER INTERNATIONAL SERVICE, LLC<br><br>      Debtors. | Case Nos. 14-51955 CN<br>               14-51956 CN<br>               14-51960 CN<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** Belcan Services Group, L.P. and Belcan Engineer Group, Inc. ("Belcan") appear herein by and through their counsel, Robert G. Sanker and Jason V. Stitt of Keating Muething & Klekamp PLL, and demand that all notices given or required to be given in this case and papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Robert G. Sanker
Jason V. Stitt
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6587
Fax: (513) 579-6457
rsanker@kmklaw.com
jstitt@kmklaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the foregoing demand includes not only the notice referred to in the Rule specified above, but also includes, without limitation, notices of any application, motion, or other pleading, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, or facsimile: (1) that affects or seeks to affect in any rights or interests of (a) the Debtor, (b) property in which the Debtor may claim an interest, (c) property in the possession, custody or control of the Debtor, or (d) claims against the Debtor to the estates; or (2) that seeks to require any act, payment, or other conduct by, or that in any manner affects, the rights of Belcan.

**PLEASE TAKE FURTHER NOTICE THAT**, Belcan intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) Belcan's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) Belcan's right to a trial by jury in any proceeding so triable in this case; (3) Belcan's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Belcan is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Belcan expressly reserves.

| | |
|---|---|
| DATED: May 7, 2014 | KEATING MUETHING & KLEKAMP PLL |
| | By: */s/ Robert G. Sanker* |
| | Robert G. Sanker |
| | Attorneys for Creditors Belcan Services Group, L.P. and Belcan Engineer Group, Inc. |

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addressed denoted below, and I hereby certify that I have mailed the foregoing document or paper via United States Postal Service to the non-CM/ECF participants indicated below.

<u>Debtor</u>
ClearEdge Power, Inc.
920 Thompson Place, Suite100
Sunnyvale, CA 94085

<u>Attorneys for Debtor</u>
John Walshe Murray
Stephen T. O'Neil
Dorsey and Whitney LLP
305 Lytton Ave.
Palo Alto, CA 94301
Email: Murray.John@Dorsey.com, ONeill.Stephen@Dorsey.com

<u>U.S. Trustee</u>
Office of the U.S. Trustee/SJ
US Federal Bldg.
280 S. 1st Street #268
San Jose, CA 95113-3004

/s/ Robert G. Sanker
Robert G. Sanker
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6587
Fax: (513) 579-6457
rsanker@kmklaw.com