

**Entered on Docket**
**May 12, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 12, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**CLEAREDGE POWER, INC.**,<br>Employer Tax I.D. No. 20-0119415<br><br>**CLEAREDGE POWER, LLC**<br>Employer Tax I.D. No. 06-1517615<br><br>**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**<br>Employer Tax I.D. No. 27-3468551<br><br>Debtor(s).<br><br>920 Thompson Place, Suite 100<br>Sunnyvale, California 94085 | Case No. 14-51955-CN-11<br><br><br>Case No. 14-51956-CN-11<br><br><br>Case No. 14-51960-CN-11<br><br>Cases Jointly Administered<br>Under Chapter 11<br><br>Date: May 9, 2014<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>Judge: Hon. Charles Novack |

**ORDER AUTHORIZING THE DEBTORS TO (i) PAY PRE-PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS; AND (ii) FOR THE DEBTORS AND BANKS AND OTHER FINANCIAL INSTITUTIONS TO COMPLY WITH PROCEDURES RELATING THERETO**

ClearEdge Power, Inc's. ("CEP"), ClearEdge Power LLC's ("CEP LLC") and ClearEdge Power International Services LLC's ("CEPIS" and collectively with CEP and CEP LLC, the

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Employ\Ord v4.docx

1

ORDER AUTHORIZING THE DBTORS TO (i) PAY PRE-PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS; AND ….

Case: 14-51955   Doc# 40   Filed: 05/12/14   Entered: 05/12/14 14:40:40   Page 1 of 6

1  "Debtors" or "Company")  MOTION FOR ORDER AUTHORIZING THE DEBTORS TO (I) PAY PRE-
2  PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS;
3  AND, (II) FOR THE DEBTORS AND BANKS AND OTHER FINANCIAL INSTITUTIONS TO COMPLY WITH
4  PROCEDURES RELATING THERETO (the "Motion") came on for hearing on shortened notice in the
5  above-referenced Bankruptcy Court, the Honorable Charles Novack, United States Bankruptcy
6  Judge, presiding. The Debtors appeared by counsel John Walshe Murray and Robert A. Franklin;
7  other appearances were as noted on the record. The Court having reviewed the pleadings filed in
8  support of the Motion; having heard the argument and representations of counsel, the Court having
9  determined that the relief requested is necessary to avoid immediate and irreparable harm to the
10 estates and that notice of the interim hearing was adequate under the circumstances; and good cause
11 appearing therefore;

**IT IS HEREBY ORDERED** that the Motion be, and hereby is, granted as modified herein;

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized, but not directed, to pay outstanding pre-petition salaries, wages and PTO, refund any unspent flex contributions upon the termination of the Flex/HSA Program[1], and honor any other outstanding Employee Obligations[2] up to the maximum limit provided in Bankruptcy Code § 507(a)(4) such that no one Employee identified on **Exhibit "A"** hereto will be paid or receive more than $12,475 on account of the Employee Obligations;

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized to pay all and any outstanding payroll taxes and fees;

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized, but not directed, in their sole discretion, to maintain payment of employees' health and welfare insurance including any accrued pre-petition premiums, claims, and fees up to the maximum limit provided in Bankruptcy Code § 507(a)(5);

**IT IS HEREBY FURTHER ORDERED** that in no event shall the Debtors pay any

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

[2] "Employee Obligations" do not include reimbursement for business expenses incurred by any Employee prior to the Petition Date.

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Employ\Ord v4.docx

2

ORDER AUTHORIZING THE DBTORS TO (i) PAY PRE-PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS; AND ….

Case: 14-51955    Doc# 40    Filed: 05/12/14    Entered: 05/12/14 14:40:40    Page 2 of 6

amounts in excess of $250,000 in the aggregate on account of the Employee Obligations;

**IT IS HEREBY FURTHER ORDERED** that all applicable banks and other financial institutions are authorized and required to receive, process, honor, and pay all checks presented for payment by each Employee identified on **Exhibit "A"** hereto and to honor all fund transfer requests made by the Debtors relating to the Employee Obligations;

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized, but not directed, to pay a deposit and administrative fees to Third Party Administrators in order to allow processing of claims through the Flex/HSA Program;

**IT IS HEREBY FURTHER ORDERED** that the Debtors are authorized, but not directed, to return contributions made to those terminated employees who were never enrolled in the Flex/HSA Program;

**IT IS HEREBY FURTHER ORDERED** that the stay under Bankruptcy Rule 6004(h) be, and hereby is, waived.

APPROVED AS TO FORM AND CONTENT

Dated: May 9, 2014        **DUANE MORRIS LLP**

By: */s/ Aron M. Oliner*
Aron M. Oliner
Attorney for the *Ad Hoc* Committee of
Unsecured Creditors

Dated: May 9, 2014        By: */s/ John S. Wesolowski*
John S. Wesolowski
Attorney for United States Trustee

*** END OF ORDER ***

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Employ\Ord v4.docx

3

ORDER AUTHORIZING THE DBTORS TO (i) PAY PRE-PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS; AND ….

Case: 14-51955   Doc# 40   Filed: 05/12/14   Entered: 05/12/14 14:40:40   Page 3 of 6

**COURT SERVICE LIST**

None

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Employ\Ord v4.docx

4

ORDER AUTHORIZING THE DBTORS TO (i) PAY PRE-PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS; AND ….

Case: 14-51955    Doc# 40    Filed: 05/12/14    Entered: 05/12/14 14:40:40    Page 4 of 6

| | |
|---|---|
| 1 | JOHN WALSHE MURRAY (074823) |
| | STEPHEN T. O'NEILL (115132) |
| 2 | ROBERT A. FRANKLIN (091653) |
| | THOMAS T. HWANG (218678) |
| 3 | DORSEY & WHITNEY LLP |
| | 305 Lytton Avenue |
| 4 | Palo Alto, CA 94301 |
| | Telephone: (650) 857-1717 |
| 5 | Facsimile: (650) 857-1288 |
| | Email: murray.john@dorsey.com |
| 6 | Email: oneill.stephen@dorsey.com |
| | Email: franklin.robert@dorsey.com |
| 7 | Email: hwang.thomas@dorsey.com |
| 8 | Attorneys for Debtors |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | |
| **CLEAREDGE POWER, INC.**, Employer Tax I.D. No. 20-0119415 | Case No. 14-51955-CN-11 |
| **CLEAREDGE POWER, LLC** Employer Tax I.D. No. 06-1517615 | Case No. 14-51956-CN-11 |
| **CLEAREDGE POWER INTERNATIONAL SERVICE, LLC** Employer Tax I.D. No. 27-3468551 | Case No. 14-51960-CN-11 |
| Debtor(s). | Cases Jointly Administered Under Chapter 11 |
| 920 Thompson Place, Suite 100 Sunnyvale, California 94085 | Date: May 9, 2014<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>Judge: Hon. Charles Novack |

### EXHIBIT "A"

### TO

**ORDER AUTHORIZING THE DEBTORS TO (i) PAY PRE-PETITION EMPLOYEE WAGES, OBLIGATIONS AND CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS; AND (ii) FOR THE DEBTORS AND BANKS AND OTHER FINANCIAL INSTITUTIONS TO COMPLY WITH PROCEDURES RELATING THERETO**

EXHIBIT COVER

| Last Name | First Name | | | | Last Name | First Name |
|---|---|---|---|---|---|---|
| Abel | Terry | | | | Maguire | William |
| Abel | Larry | | | | Martinez | Dennis |
| Ahn | Dae-Seong | | | | McCord | Kent |
| Anderson | David | | | | Meyer | Matthew |
| Ashton | Mashanda | | | | Mimms | Remedios |
| Atchison | Paul | | | | Mo | Eunjong |
| Baker | Peter | | | | Motupally | Sathya |
| Belmonte | Digna | | | | Nguyen | John |
| Blaquiere | Ryan | | | | O'Brien | Eric |
| Boicourt | James | | | | Osepowicz | Nicholas |
| Boucher | Keith | | | | Park | Min Su |
| Boyer | Jacquie | | | | Remmers | Timothy |
| Cabiling | Kevin | | | | Rescsanski | Paul |
| Cameron | Lucas | | | | Reynolds | Justin |
| Carter | Richard | | | | Skiba | Tommy |
| Chakulski | Brian | | | | Smith | Barry |
| Chang | Eric | | | | Starling | Terry |
| Cobb | Glen | | | | Strayer | Eric |
| Collard | George | | | | Sullivan | Meghan |
| Conboy | Gerald | | | | Tenneti | Kishore |
| Cossio | Teresa | | | | Tharp | Bryan |
| Coughlin | Daniel | | | | Waters | Joe |
| Davis | Jennifer | | | | Wright | Buckley |
| DeMartini | Andrew | | | | Wright | David |
| Dunlap | Joseph | | | | Zimmer | Mindi |
| Fan | Gloria | | | | | |
| Ferone | William | | | | | |
| Feulner | Zonda | | | | | |
| Fragola | Francis | | | | | |
| Fritz | Katrina | | | | | |
| Gardiner | Peter | | | | | |
| Granger | Gregory | | | | | |
| Hilderbrand | Michelle | | | | | |
| Jayanthi | Srinivasa | | | | | |
| Kabir | Zakiul | | | | | |
| Kanuri | Sridhar | | | | | |
| Kelly | Rosemary | | | | | |
| Kim | Kyeong-Nam | | | | | |
| Kim | Se-Jin | | | | | |
| Krawczuk | Nikolai | | | | | |
| Lamaze | Sebastien | | | | | |
| Landers | Jack | | | | | |
| Layaw | Mark | | | | | |
| Lingard | Kimberly | | | | | |
| Lipscomb | Mark | | | | | |
| Lohneiss | James | | | | | |
| Loukellis | Athena | | | | | |