

JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 12, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.**,
Employer Tax I.D. No. 20-0119415

**CLEAREDGE POWER, LLC**
Employer Tax I.D. No. 06-1517615

**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**
Employer Tax I.D. No. 27-3468551

Debtor(s).

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Case No. 14-51955-11-CN

Case No. 14-51956-11-CN

Case No. 14-51960-11-CN

Cases Jointly Administered
Under Chapter 11

Date: May 9, 2014
Time: 11:00 a.m.
Place: 280 S. First Street, Room 3070
San Jose, CA 95113
Judge: Honorable Charles Novack

**ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT**
**(11 U.S.C. § 366)**

ClearEdge Power, Inc's. ("CEP"), ClearEdge Power LLC's ("CEP LLC") and ClearEdge Power International Services LLC's ("CEPIS" and collectively with CEP and CEP LLC, the

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\Ord v2.docx

1

ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955    Doc# 41    Filed: 05/12/14    Entered: 05/12/14 14:42:39    Page 1 of 4

"Debtors" or "Company") MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT (the "Motion") came on for hearing on shortened notice in the above-referenced Bankruptcy Court, the Honorable Charles Novack, United States Bankruptcy Judge, presiding. The Debtors appeared by counsel John Walshe Murray and Robert A. Franklin; other appearances were as noted on the record. The Court having reviewed the pleadings filed in support of the Motion; the Debtors having removed Hess Corporation from the list of Utility Providers,[1] having heard the argument and representations of counsel, the Court having determined that the relief requested herein is necessary to avoid immediate and irreparable harm to the estates and that notice of the interim hearing was adequate under the circumstances; and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Motion be, and hereby is, granted as modified herein;

**IT IS HEREBY FURTHER ORDERED** that the Utility Providers be and hereby are prohibited from altering, refusing, or discontinuing Utility Services on account of pre-petition invoices;

**IT IS HEREBY FURTHER ORDERED** that the Utility Providers be, and hereby are, deemed to be adequately assured of payment by the Debtors providing a cash deposit equivalent to the estimated aggregate cost for two weeks of utility services to each respective Utility Provider pursuant to section 366(c)(1) of the Code;

**IT IS HEREBY FURTHER ORDERED** that any request by a Utility Provider for additional adequate assurance comply with the Adequate Assurance Procedures as detailed in Section III.B of the Utilities Motion;

**IT IS HEREBY FURTHER ORDERED** that in the event a Determination Motion is filed or a Determination Hearing is scheduled, any objecting Utility Provider shall be deemed to have received adequate assurance under section 366 of the Code without need for payment of additional

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\Ord v2.docx

2

ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ....

Case: 14-51955    Doc# 41    Filed: 05/12/14    Entered: 05/12/14 14:42:39    Page 2 of 4

deposits or other securities until an order of the Court is entered in connection with such Determination Motion or Determination Hearing;

      **IT IS HEREBY FURTHER ORDERED** that this Order is without prejudice to any Utility Provider filing a motion to request additional adequate assurances;

      **IT IS HEREBY FURTHER ORDERED** that the stay under Bankruptcy Rule 6004(h) be, and hereby is, waived.

      **IT IS HEREBY FURTHER ORDERED** that a final hearing on the Motion will be held on June 5, 2014 at 11:00 a.m.

APPROVED AS TO FORM AND CONTENT

Dated: May 9, 2014        **DUANE MORRIS LLP**

      By: */s/ Aron M. Oliner*
         Aron M. Oliner
         Attorney for the *Ad Hoc* Committee of
         Unsecured Creditors

Dated: May 9, 2014        By: */s/ John S. Wesolowski*
         John S. Wesolowski
         Attorney for United States Trustee

      **\*\*\* END OF ORDER \*\*\***

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\Ord v2.docx

3

ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955   Doc# 41   Filed: 05/12/14   Entered: 05/12/14 14:42:39   Page 3 of 4

**COURT SERVICE LIST**

None

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\Ord v2.docx

4

ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955    Doc# 41    Filed: 05/12/14    Entered: 05/12/14 14:42:39    Page 4 of 4