JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

**ClearEdge Power, Inc.**,
Employer Tax I.D. No. 20-0119415

Case No. 14-51955-11-CN

**ClearEdge Power, LLC**
Employer Tax I.D. No. 06-1517615

Case No. 14-51956-11-CN

**ClearEdge Power International Service, LLC**
Employer Tax I.D. No. 27-3468551

Case No. 14-51960-11-CN

Debtor(s).

Cases Jointly Administered Under Chapter 11

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Date: TBD
Time: TBD
Place: 280 S. First Street, Room 3070
San Jose, CA 95113
Judge: Honorable Charles Novack

**Declaration Of Gloria Fan In Support Of
Debtors' Motion To Reject Real Property Leases**

I, Gloria Fan, declare:

1. I am the Chief Financial Officer of ClearEdge Power, Inc., an Oregon Corporation ("CEP Inc.") and ClearEdge Power, LLC, fka ClearEdge Power Corporation, fka UTC Power

Corporation, a Delaware Limited Liability Company ("CEP LLC"), which is the sole manager and owner of ClearEdge Power International Service, LLC, a Delaware Limited Liability Company ("CEPIS" and together with CEP Inc. and CEP LLC, the "Debtors" or the "Company"). I have personal knowledge of the facts set forth in this Declaration and if called upon to testify, I would and could competently testify to the following.

2. The Debtors commenced these Chapter 11 cases on May 1, 2014 (the "Petition Date"). The Debtors are operating their businesses as debtors in possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

3. I make this Declaration in support of the Debtors' MOTION TO REJECT REAL PROPERTY LEASES (the "Motion").

4. As set forth more fully in the Omnibus Declaration, prior to the Petition Date and thereafter, the Debtors have streamlined their operations while continuing to operate their business to preserve the going concern value of their business for the benefit of creditors. Prior to the Petition Date, the Debtors entered into to various leases to house office and other business-related purposes. In the exercise of their business judgment, the Debtors vacated and removed personal property of value from certain of these leased premises and have determined to reject the leases of the following premises:

    a. A lease for the premises located at 77-519 El Duna Court, Suite K, Palm Desert, CA (the "Palm Desert Premises").

    b. A lease for the premises located at 140 Nutmeg Road, South Windsor, Connecticut (the "Connecticut Premises" and collectively with the Palm Desert Premises, the "Leases").

5. On April 1, 2011, and in the ordinary course of its business, the Company entered into a lease (the "Palm Desert Lease") with Desert Business Park III, LLC, a Washington limited liability company for general office use for a five-year term expiring on March 31, 2016. The Company determined that use of the Palm Desert Premises was no longer necessary for their continued operations and vacated the Palm Desert Premises in late 2013. The Debtors are current on all rent payments under the Palm Desert Lease through April 30, 2014. To save administrative costs,

the Debtors have determined, in the exercise of their business judgment to reject the Palm Dessert Lease, and request an order rejecting the Palm Desert Lease effective as of the Petition Date.

6. On or about February 28, 2013, in the ordinary course of business, the Company's predecessor interest entered into a Sublease Agreement (the "Sublease") with Hartford Distributors Incorporated, which was subsequently amended by that certain FIRST AMENDMENT TO SUBLEASE AGREEMENT DATED AS OF OCTOBER 11, 2013 (the "First Amendment" and with the Sublease, the "Connecticut Lease" and collectively with the Palm Desert Lease, the "Leases") for the Connecticut Premises. The First Amendment substituted the Company as the sublessee and extended the term to July 31, 2014. The Debtors have now vacated or will have vacated the Connecticut Premises on or before May 31, 2014 and seek rejection of the Connecticut Lease effective as of May 31, 2014.

7. The Debtors have inspected all of its property located at each of the Premises and have removed property deemed to be of value or that will be used in continuing operations during the Chapter 11 case. To the extent that any property of the Debtors remain in any of the Premises, retention of such property would be either be burdensome to the Estates or is of inconsequential value. Therefore, the Debtors seek an order rejecting the Leases and approving the abandonment of the Debtors' personal property, if any remaining in the Premises.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this Declaration was made on May 20, 2014.

*/s/ Gloria Fan*
Gloria Fan