1  BROWN RUDNICK LLP
   CATHRINE M. CASTALDI, #156089
2  ccastaldi@brownrudnick.com
   HOWARD L. SIEGEL (*Pro Hac Vice Pending*)
3  hsiegel@brownrudnick.com
   SUNNI P. BEVILLE (*Pro Hac Vice Pending*)
4  sbelville@brownrudnick.com
   2211 Michelson Drive
5  Seventh Floor
   Irvine, California 92612
6  Telephone:  (949) 752-7100
   Facsimile:  (949) 252-1514
7
   *Proposed Counsel to the Official*
8  *Committee of Unsecured Creditors*

9           **UNITED STATES BANKRUPTCY COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN JOSE DIVISION**

12

| | |
|---|---|
| 13  In re: | CASE NO. 14-51955-CN-11 |
| 14  **CLEAREDGE POWER, INC.**, Employer Tax I.D. No. 20-0119415 | CASE NO. 14-51956-CN-11 |
| 15 | CASE NO. 14-51960-CN-11 |
| 16  **CLEAREDGE POWER, LLC**, Employer Tax I.D. No. 06-1517614 | Cases Jointly Administered Under Chapter 11 |
| 17  **CLEAREDGE POWER INTERNATIONAL SERVICE, LLC** | Date:     June 5, 2014 |
| 18  Employer Tax I.D. No. 27-3468551 | Time:     11:00 a.m. Place:    280 S. First Street, Room 3070 |
| 19                  Debtor(s). | San Jose, CA 95113 |
| 20  920 Thompson Place, Suite 100 Sunnyvale, California 94085 | Judge:     Honorable Charles Novack |
| 21 | |

22

23       **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN
         RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS'
24       AMENDED MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS
         <u>RE SALE OF CERTAIN ASSETS OF THE DEBTORS</u>**

25

26

27

28

1       The Official Committee of Unsecured Creditors (the "Committee") of ClearEdge Power, Inc.

2 and its above-referenced affiliated chapter 11 debtors and debtors-in-possession (collectively, the

3 "Debtors"), by and through its proposed undersigned counsel, Brown Rudnick LLP, respectfully

4 submits this reservation of rights and statement in response (this "Statement") to the Debtors'

5 *Amended Motion to Approve Bid Procedures and Related Matters re: Sale of Certain Assets of the*

6 *Debtors*, dated May 20, 2014 [Docket No. 61] (the "Amended Motion"). In support of the Statement,

7 the Committee respectfully states as follows:

## STATEMENT AND RESERVATION OF RIGHTS

9      1.    By the Amended Motion, the Debtors ask the Court to approve certain procedures (the

10 "Bid Procedures") governing the bidding and auction process (the "Auction") to be held in connection

11 with a sale of all or substantially all of its assets (the "Sale"). The Committee supports, in principle,

12 the Debtors' objective of consummating the proposed Sale. However, the Committee has not had

13 sufficient time to properly and fully investigate the Debtors' financial condition and evaluate the terms

14 of the proposed Sale and Bid Procedures to ensure they are in the best interests of all of the Debtors'

15 unsecured creditors.

16      2.    As more fully set forth in the Committee's Status Conference Statement,[1] filed

17 simultaneously herewith, the five-member Committee was not formed until the eve of the long

18 Memorial Day holiday weekend, and was only able to retain counsel and a financial advisor on May

19 28 and May 30, respectively, subject to the Court's approval. See *Notice of Appointment of Creditors'*

20 *Committee* [Docket No. 65]. Insofar as significant case activity had taken place prior to the

21 appointment and organization of the Committee and the selection of Committee professionals, and, in

22 light of important impending deadlines in regard to certain pending matters, the Committee's

23 professionals undertook immediate action on behalf of the Committee to interact with the Debtors and

24 their professionals to begin the diligence process necessary for the Committee to fulfill its fiduciary

25 ///

---

[1]   At the same time the Committee files this Statement, the Committee is also filing the *Status Conference*
*Statement of the Official Committee of Unsecured Creditors* (the "Status Conference Statement"). The
Committee incorporates the Status Conference Statement by reference as if it were fully set forth herein.

duties on behalf of all general creditors. That diligence process commenced immediately, extended through the weekend of May 31/June 1, and is continuing at this time.

3. The most significant and immediate deadline faced by the Committee relates to the Debtors' pending Amended Motion to approve the Bid Procedures, which is currently set to be heard at the status conference scheduled for June 5, 2014 (the "Status Conference"). Given the timing issues relative to the Committee's appointment as described above and in the Status Conference Statement, and notwithstanding the very substantial diligence efforts undertaken to date by Committee professionals, the Committee has determined that is it has not had sufficient information or time to adequately investigate the proposed Sale and Bid Procedures, except to concur with a June 25, 2014 deadline for selecting a potential stalking horse bidder (the "Stalking Horse Bid Deadline").

4. Given the complexity of the proposed Sale and the need for the Committee to properly and fully perform its fiduciary investigatory and oversight duties, the Committee has engaged in a constructive dialogue with the Debtors and their professionals regarding the timing of seeking the Court's approval of the Amended Motion and Bid Procedures. Through these discussions, the Committee and Debtors reached agreement on the evening of June 2 that all aspects of the Amended Motion should be adjourned and considered at a later hearing (the "Continued Hearing") to be scheduled sometime during the week of June 23, 2014, as the Court's calendar permits. The Committee and the Debtors are also in agreement that, at the June 5 Status Conference, the Stalking Horse Bid Deadline should be established as June 25, 2014.

5. The Committee intends to use the brief adjournment period to complete its investigation of the Debtors' financial situation and the terms of the proposed Sale and Bid Procedures, and to work with the Debtors to develop and propose a set of mutually-acceptable bid procedures that will maximize the value of the Debtors' assets in the eventual Auction for the benefit of all of the Debtors' creditors. However, if the Debtors and the Committee are unable to agree on a mutually-acceptable set of bidding procedures at the end of the adjournment, the Debtors can renew their request for approval of the current Bid Procedures or propose new Bid Procedures without the support of the Committee. To that end, the Committee reserves all of its rights with respect to the ///

Amended Motion and the Bid Procedures, including, without limitation, objecting to any Sale of the Debtors' assets and/or the procedures governing such Sale.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, the Committee respectfully requests that the Court (i) fix June 25, 2014, as the Stalking Horse Bid Deadline, (ii) continue/adjourn all other aspects of the Amended Motion to an Adjourned Hearing to be scheduled for some time during the week of June 23, 2014, as the Court's calendar permits, and (iii) grant other and further relief as is just and proper.

DATED: June 3, 2014                    **BROWN RUDNICK LLP**


                                       By:  /s/ Cathrine M. Castaldi
                                       **CATHRINE M. CASTALDI**
                                       Proposed Counsel to the Official Committee of
                                       Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612.

A true and correct copy of the foregoing document entitled (*specify*): **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' AMENDED MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 3, 2014 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ronald K. Brown rkbgwhw@aol.com, lesleysich1@aol.com
Melinda Carrido mcarrido@hbblaw.com
Cathrine M. Castaldi ccastaldi@rusmiliband.com, jmendez@rusmiliband.com
Gail Lin Chung GL@outtengolden.com, gail.lin@yahoo.com
Jennifer V. Doran jdoran@hinckleyallen.com
Robert A. Franklin Franklin.Robert@Dorsey.com, bobf_94303@yahoo.com
Thomas T. Hwang Hwang.Thomas@Dorsey.com
Robert B. Kaplan rbk@jmbm.com
Justin D. Leonard jleonard@ML-LLP.com, jleonard@pacernotice.com
Adam A. Lewis alewis@mofo.com
Michael F. McGrath mfmcgrath@ravichmeyer.com
John Walshe Murray Murray.John@Dorsey.com, johnwalshemurray@hotmail.com
Eric D. Novetsky enovetsky@jaffelaw.com
Stephen T. O'Neill ONeill.Stephen@Dorsey.com
Office of the U.S. Trustee / SJ USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
Aron M. Oliner roliner@duanemorris.com
Robert G. Sanker rsanker@kmklaw.com
Harvey S. Schochet Harveyschochet@dwt.com
John S. Wesolowski john.wesolowski@usdoj.gov
David M. Wiseblood dwiseblood@wisebloodlaw.com, dmwadmin@wisebloodlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 3, 2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

x Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) June 3, 2014 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Charles Novack
United States Bankruptcy Court
Northern District of California
San Jose Division
280 S. First Street, #3035
San Jose, CA 95113-3099

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 3, 2014 | Teresa Langford | *Teresa Langford* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## Debtor

Hill Wine Company, LLC
P.O. Box 688
Rutherford, CA 94573

## Debtor's Attorneys

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E Street, #219
Santa Rosa, CA 95404
mjcfallon@fallonlaw.net

## U.S. Trustee

Office of the U.S. Trustee/SR
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

## Attorney for U.S. Trustee

Minnie Loo
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104

## CM/ECF Mailing Info For Case

Aaqua Tools Inc.
P.O. Box 4226
El Dorado Hills, CA 95762

Joel Patrick Erb
Pioneer Law Group, LLP
431 I St. #201
Sacramento, CA 95814

Donald W. Fitzgerald
Felderstein, Fitzgerald et al
400 Capitol Mall #1750
Sacramento, CA 95814-4434

Blair W. Will
Pioneer Law Group, LLP
431 I St. #201
Sacramento, CA 95814

Duyck Machine, Inc.
c/o Albert N. Kennedy
Tonkon Torp LLP
1600 Pioneer Tower
Portland, OR 97204

564049 v1-iManDB-9999/9251