

1  JOHN WALSHE MURRAY (074823)
   STEPHEN T. O'NEILL (115132)
2  ROBERT A. FRANKLIN (091653)
   THOMAS T. HWANG (218678)
3  DORSEY & WHITNEY LLP
   305 Lytton Avenue
4  Palo Alto, CA 94301
   Telephone: (650) 857-1717
5  Facsimile: (650) 857-1288
   Email: murray.john@dorsey.com
6  Email: oneill.stephen@dorsey.com
   Email: franklin.robert@dorsey.com
7  Email: hwang.thomas@dorsey.com

The following constitutes
the order of the court. Signed June 9, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

8  Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.**,
Employer Tax I.D. No. 20-0119415

Case No. 14-51955-CN-11

**CLEAREDGE POWER, LLC**
Employer Tax I.D. No. 06-1517615

Case No. 14-51956-CN-11

**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**
Employer Tax I.D. No. 27-3468551

Case No. 14-51960-CN-11

Debtor(s).

Cases Jointly Administered Under Chapter 11

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Date: June 5, 2014
Time: 11:00 a.m.
Place: 280 S. First Street, Room 3070
       San Jose, CA 95113
Judge: Honorable Charles Novack

**ORDER RE DEBTORS' MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS**

ClearEdge Power, Inc. ClearEdge Power, LLC and ClearEdge International Service, LLC, the debtors and debtors in possession herein (collectively, the "Debtors") having filed their MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE

DEBTORS (the "Bid Procedures Motion"); the matter having come on regularly for hearing before this Court on June 5, 2014 at 11:00 a.m.; the Debtors having appeared by and through their counsel Dorsey & Whitney LLP and John Walshe Murray and Stephen T. O'Neill; the Official Committee of Unsecured Creditors (the "Committee") having appeared by and through its counsel Brown Rudnick LLP and Howard L. Siegel and Cathrine M. Castaldi; Tracy Hope Davis, the United States Trustee for Region 17 (the "United States Trustee"), having appeared by and through her counsel John Wesolowski; the Committee having filed its OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT IN RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' AMENDED MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS; the United States Trustee having filed her UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S AMENDED MOTION TO APPROVE BID PROCEDURES; the Court being fully advised in the premises and good cause appearing therefor;

**IT IS HEREBY ORDERED** as follows:

1. June 25, 2014 is fixed as the last day by which any person may submit to the Debtors a "stalking horse bid" as that term is generally used and recognized in the context of sales in the Bankruptcy Court; and

2. With the limited exception of that matter described in Paragraph 1 above, all other aspects of the Bid Procedures Motion are continued for further hearing before this Court on June 24, 2014 at 11:00 a.m.

**APPROVED AS TO FORM AND CONTENT.**

Brown Rudnick LLP

By: */s/ Howard L. Siegel*
    Howard L. Siegel
    Proposed Attorneys to the Official Committee of Unsecured Creditors

Tracy Hope Davis
United States Trustee for Region 17

By: */s/ John Wesolowski*
    John Wesolowski
    Attorney for United States Trustee

***END OF ORDER***

1 **COURT SERVICE LIST**

2 None.