

The following constitutes
the order of the court. Signed June 10, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

1  JOHN WALSHE MURRAY (074823)
   STEPHEN T. O'NEILL (115132)
2  ROBERT A. FRANKLIN (091653)
   THOMAS T. HWANG (218678)
3  DORSEY & WHITNEY LLP
   305 Lytton Avenue
4  Palo Alto, CA 94301
   Telephone: (650) 857-1717
5  Facsimile: (650) 857-1288
   Email: murray.john@dorsey.com
6  Email: oneill.stephen@dorsey.com
   Email: franklin.robert@dorsey.com
7  Email: hwang.thomas@dorsey.com

8  Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**ClearEdge Power, Inc.**,
Employer Tax I.D. No. 20-0119415

Case No. 14-51955-11-CN

**ClearEdge Power, LLC**
Employer Tax I.D. No. 06-1517615

Case No. 14-51956-11-CN

**ClearEdge Power International Service, LLC**
Employer Tax I.D. No. 27-3468551

Case No. 14-51960-11-CN

Debtor(s).

Cases Jointly Administered
Under Chapter 11

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Date: June 5, 2014
Time: 11:00 a.m.
Place: 280 S. First Street, Room 3070
San Jose, CA 95113
Judge: Honorable Charles Novack

**Final Order (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service; (II) Deeming Utilities Adequately Assured Of Payment; And (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance Of Payment**
**(11 U.S.C. § 366)**

ClearEdge Power, Inc's. ("CEP"), ClearEdge Power LLC's ("CEP LLC") and ClearEdge Power International Services LLC's ("CEPIS" and collectively with CEP and CEP LLC, the

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\FinOrd v4.docx

1  FINAL ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955    Doc# 104    Filed: 06/10/14    Entered: 06/11/14 11:27:57    Page 1 of 4

"Debtors" or "Company") MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT (the "Motion") came on for final hearing on shortened notice in the above-referenced Bankruptcy Court, the Honorable Charles Novack, United States Bankruptcy Judge, presiding. The Debtors having appeared by and through their counsel Dorsey & Whitney LLP and John Walshe Murray and Stephen T. O'Neill; the Official Committee of Unsecured Creditors having appeared by and through its counsel Brown Rudnick LLP and Howard L. Siegel and Cathrine M. Castaldi; Tracy Hope Davis, the United States Trustee for Region 17, having appeared by and through her counsel John Wesolowski; other appearances were as noted on the record. The Court having reviewed the pleadings filed in support of the Motion; the Debtors having removed Hess Corporation from the list of Utility Providers;[1] the Debtors having agreed with North West Natural Gas as to the amount of the deposit being allocated for it; the Court having heard the argument and representations of counsel; the Court having determined that the relief requested herein is necessary to avoid immediate and irreparable harm to the estates and that notice of the final hearing was adequate under the circumstances, and good cause appearing therefore;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted as modified herein on a final basis;

2. The Utility Providers are prohibited from altering, refusing, or discontinuing Utility Services on account of pre-petition invoices;

3. The Utility Providers are deemed to be adequately assured of payment by the Debtors providing a cash deposit equivalent to the estimated aggregate cost for two weeks of utility services to each respective Utility Provider pursuant to section 366(c)(1) of the Code;

4. Any request by a Utility Provider for additional adequate assurance must comply with the Adequate Assurance Procedures set forth in Section III.B of the Utilities Motion;

5. In the event a Determination Motion is filed or a Determination Hearing is scheduled,

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\FinOrd v4.docx

2

FINAL ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955    Doc# 104    Filed: 06/10/14    Entered: 06/11/14 11:27:57    Page 2 of 4

any objecting Utility Provider shall be deemed to have received adequate assurance under section 366 of the Code without need for payment of additional deposits or other securities until an order of the Court is entered in connection with such Determination Motion or Determination Hearing;

6. This Order is without prejudice to any Utility Provider filing a motion to request additional adequate assurances; and

7. The stay under Bankruptcy Rule 6004(h) is waived.

**\*\*\* END OF ORDER \*\*\***

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\FinOrd v4.docx

3  FINAL ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955    Doc# 104    Filed: 06/10/14    Entered: 06/11/14 11:27:57    Page 3 of 4

**COURT SERVICE LIST**

None

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\1st Day\Utilities\FinOrd v4.docx

4

FINAL ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; ….

Case: 14-51955    Doc# 104    Filed: 06/10/14    Entered: 06/11/14 11:27:57    Page 4 of 4