

JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

The following constitutes
the order of the court. Signed June 10, 2014

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.**,
Employer Tax I.D. No. 20-0119415

**CLEAREDGE POWER, LLC**
Employer Tax I.D. No. 06-1517615

**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**
Employer Tax I.D. No. 27-3468551

Debtor(s).

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Case No. 14-51955-11-CN

Case No. 14-51956-11-CN

Case No. 14-51960-11-CN

Cases Jointly Administered
Under Chapter 11

Date: June 5, 2014
Time: 11:00 a.m.
Place: 280 S. First Street, Room 3070
San Jose, CA 95113
Judge: Honorable Charles Novack

**ORDER AUTHORIZING DEBTORS TO REJECT REAL
PROPERTY LEASES AND ABANDON PERSONAL PROPERTY**

ClearEdge Power, Inc. ClearEdge Power, LLC and ClearEdge International Service, LLC, the debtors and debtors in possession herein (collectively, the "Debtors in Possession") having filed their MOTION TO REJECT REAL PROPERTY LEASES (the "Motion"); the matter having come on for

hearing before this Court on June 5, 2014 at 11:00 a.m.; the Debtors in Possession having appeared by and through their counsel Dorsey & Whitney LLP and John Walshe Murray and Stephen T. O'Neill; the Official Committee of Unsecured Creditors (the "Committee") having appeared by and through its counsel Brown Rudnick LLP and Howard L. Siegel and Cathrine M. Castaldi; Tracy Hope Davis, the United States Trustee for Region 17, having appeared by and through her counsel John Wesolowski; the Court having reviewed the pleadings filed in support of the Motion; no objection to the Motion having been made; the Court finding that notice of the hearing on the Motion is appropriate in the particular circumstances; the Court being fully advised in the premises and good cause appearing therefore;

**IT IS HEREBY ORDERED** as follows:

1. The Motion be and hereby is granted;

2. The Debtors in Possession be, and hereby are, authorized to reject the unexpired real property leases for the following premises (collectively the "Leased Premises") pursuant to Bankruptcy Code § 365:

    a. A lease for the premises located at 77-519 El Duna Court, Suite K, Palm Desert, California (the "Palm Desert Lease"), and

    b. A lease for the premises located at 140 Nutmeg Road, South Windsor, Connecticut (the "Connecticut Lease" and together with the Palm Desert Lease, the "Leases");

3. The Palm Desert Lease is deemed to be rejected as of May 1, 2014;

4. The Connecticut Lease is deemed to be rejected as of May 31, 2014;

5. September 2, 2014 is fixed as the last date by which any claims for damages arising from the rejection of the Leases may be filed, or such claims will be forever barred; and

6. All personal property remaining at the Leased Premises is, pursuant to Bankruptcy Code § 554(a), hereby abandoned by the Debtors in Possession to ClearEdge Power, Inc. ClearEdge Power, LLC and ClearEdge International Service, LLC other than in their capacity as the Debtors in Possession (the "Debtors"), and, coincident thereto, is hereby abandoned by the Debtors to the lessors of the Leased Premises who may exercise their rights and remedies relative to such personal

property pursuant to applicable non-bankruptcy law.

**\*\*END OF ORDER\*\***

# Court Service List

**_Palm Desert Premises Landlord_**
IFC California Corporation
Marsha Vincelette, Vice President
77885 Las Montanas Rd., Ste. A
Palm Desert, CA 92211

**_Connecticut Premises Sublessor_**
Hartford Distributors, Inc.
Lori Talbot, Accounting Manager
P.O. Box 8400
Manchester, CT 06042-0400

**_Counsel for Hartford Distributors, Inc._**
Rogin Nassau LLC
Attn: Barry S. Feigenbaum
Attn: Gregory Weaver
CityPlace I – 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460