JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**CLEAREDGE POWER, INC.**,<br>Employer Tax I.D. No. 20-0119415<br><br>**CLEAREDGE POWER, LLC**<br>Employer Tax I.D. No. 06-1517615<br><br>**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**<br>Employer Tax I.D. No. 27-3468551<br><br>Debtor(s).<br><br>920 Thompson Place, Suite 100<br>Sunnyvale, California 94085 | Case No. 14-51955-CN-11<br><br>Case No. 14-51956-CN-11<br><br>Case No. 14-51960-CN-11<br><br>Cases Jointly Administered<br>Under Chapter 11<br><br>Date: June 26, 2014<br>Time: 4:00 p.m.<br>Place: 280 S. First Street, Room 3070<br>San Jose, CA 95113<br>Judge: Honorable Charles Novack |

**NOTICE OF CONTINUANCE OF HEARING ON MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS, AND STATUS CONFERENCE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

At the hearing on June 24, 2014, on the MOTION TO APPROVE OVERBID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS [Docket No. 53] (as amended by the AMENDED MOTION TO APPROVE OVERBID PROCEDURES AND RELATED MATTERS RE SALE OF

TTH/sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sales Pro\Amend\Ntc Cont Hrg.docx

1

NOTICE OF CONTINUANCE OF HEARING ON MOTION TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS, AND STATUS CONFERENCE

Case: 14-51955    Doc# 125    Filed: 06/24/14    Entered: 06/24/14 14:44:33    Page 1 of 2

1 CERTAIN ASSETS OF THE DEBTORS [Docket No. 61] (the "Bid Procedures Motion")), the Court

2 continued the hearing on the Bid Procedures Motion.  The continued date and time is **June 26, 2014,**

3 **at 4:00 p.m.**, before the Honorable Charles Novack, United States Bankruptcy Judge, at the United

4 Sates Courthouse located at 280 South First Street, Room 3070, San Jose, California 95113.

5       The Chapter 11 Status Conference also has been continued to the same date and time.

6 Dated:  June 24, 2014        **DORSEY & WHITNEY LLP**

7

8       By: */s/ Thomas T. Hwang*
         Thomas T. Hwang

9          Attorneys for Debtors

TTH/sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sales Pro\Amend\Ntc Cont Hrg.docx

2

NOTICE OF CONTINUANCE OF HEARING ON MOTION
TO APPROVE BID PROCEDURES AND RELATED MATTERS RE SALE
OF CERTAIN ASSETS OF THE DEBTORS, AND STATUS CONFERENCE

Case: 14-51955    Doc# 125    Filed: 06/24/14    Entered: 06/24/14 14:44:33    Page 2 of 2