JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**CLEAREDGE POWER, INC.**,<br>Employer Tax I.D. No. 20-0119415<br><br>**CLEAREDGE POWER, LLC**<br>Employer Tax I.D. No. 06-1517615<br><br>**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**<br>Employer Tax I.D. No. 27-3468551<br><br>Debtor(s).<br><br>920 Thompson Place, Suite 100<br>Sunnyvale, California 94085 | Case No. 14-51955-CN-11<br><br>Case No. 14-51956-CN-11<br><br>Case No. 14-51960-CN-11<br><br>Cases Jointly Administered<br>Under Chapter 11<br><br>Date: July 11, 2014<br>Time: 4:00 p.m.<br>Place: 280 S. First Street, Room 3070<br>San Jose, CA 95113<br>Judge: Honorable Charles Novack |

**NOTICE OF HEARING ON MOTION TO AUTHORIZE DEBTORS TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF CERTAIN OF THEIR ASSETS (11 U.S.C. §§ 363 AND 365)**

<u>**Proposed Purchaser**</u>: **Doosan Corporation (Doosan Corporation and any other person(s) that it may designate are herein collectively referred to as "<u>Doosan</u>"), subject to higher and better bid.**[1]

---

[1] As detailed in the Sale Motion (defined below), the sale of assets will be free and clear of all liens, claims, encumbrances and other interests as provided by that certain ASSET PURCHASE AGREEMENT (as may be amended) between Doosan and the Debtors dated June 26, 2014. Pursuant to the terms and provisions of such purchase agreement,

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Assumption\NOH v2.docx

1

NOTICE OF HEARNIG ON MOTION TO AUTHORIZE DEBTORS TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF

Case: 14-51955    Doc# 139    Filed: 06/27/14    Entered: 06/27/14 11:27:19    Page 1 of 4

**To All Parties to Executory Contracts and Unexpired Leases Subject to Assumption and Assignment:**

**NOTICE IS HEREBY GIVEN OF THE FOLLOWING:**

1. Pursuant to the Court's order (the "Bid Procedures Order") entered after hearing on June 26, 2014, on the DEBTORS' MOTION FOR ORDER APPROVING BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS, on **July 11, 2014, at 4:00 p.m.**, a hearing will be held before the Honorable Charles Novack, United States Bankruptcy Judge, at the United Sates Courthouse located at 280 South First Street, Room 3070, San Jose, California 95113, on the MOTION TO AUTHORIZE DEBTORS TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF CERTAIN OF THEIR ASSETS (11 U.S.C. §§ 363 AND 365) (the "Assumption Motion"). The Assumption Motion is set for hearing in conjunction with the MOTION BY DEBTOR TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (the "Sale Motion") by which the Debtors (defined below) seek Court approval of the sale (the "Sale") of certain of their assets (the "Purchased Assets") to Doosan[1] or to the highest and best bidder following an auction (the "Auction") (the successful purchaser is hereinafter referred to as the "Successful Purchaser"). Pursuant to the Bid Procedures Order, the Court approved certain sale procedures (the "Bid Procedures")[2] which set forth certain deadlines and procedures by which prospective bidders may qualify for and participate in the Sale process and at the Auction.

2. ClearEdge Power, Inc., ClearEdge Power LLC and ClearEdge Power International Services LLC (collectively, the "Debtors") have entered into that certain ASSET PURCHASE AGREEMENT by and between Doosan and the Debtor dated June 26, 2014 (as may be amended, the "Purchase Agreement"), subject to overbid and Court approval, which provides the terms of the Sale. The hearing on the Sale Motion (the "Sale Hearing") will be conducted on the same day as the hearing on the Assumption Motion. A separate notice has been mailed to creditors and other parties in interest with respect to the relief requested by the Sale Motion.

---

[1] Doosan may designate any person or persons to be the purchaser and the assignee with respect to any assumed and assigned executory contract or lease.

[2] Copies of the Bid Procedures Order and the Bid Procedures are on file with the Court and will be attached as exhibits to a declaration to be filed in support of the Sale Motion.

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Assumption\NOH v2.docx

2   NOTICE OF HEARNIG ON MOTION TO AUTHORIZE DEBTORS TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF

Case: 14-51955    Doc# 139    Filed: 06/27/14    Entered: 06/27/14 11:27:19    Page 2 of 4

3.      Pursuant to the Assumption Motion, the Debtors seek authority to potentially assume and assign certain executory contracts and unexpired leases (collectively, the "Executory Contracts") to the Successful Purchaser(s) in connection with the Sale. The list of Executory Contracts, as may be amended or supplemented before the Sale Hearing that are subject to potential assumption or assignment is set forth on Exhibit "A" to the Assumption Motion and is incorporated herein by this reference. Exhibit "A" lists the amounts that the Debtors believe must be paid to cure all defaults under each corresponding Executory Contract and/or the amount of all compensation for any actual pecuniary loss resulting from a default in respect of the Executory Contracts (in each instance, a "Cure Cost" and collectively, the "Cure Costs") that may potentially be subject to assumption and assignment in connection with the Sale (such Executory Contracts that are ultimately assumed and assigned to the Successful Purchaser(s), the "Assumed Contracts").

4.      Under the terms of the Purchase Agreement, Doosan intends to assume certain Executory Contracts (the "Doosan Assumed Contracts") if it is the approved Successful Purchaser. The list of Doosan Assumed Contracts is set forth on Exhibit "B" to the Assumption Motion[3] and is incorporated herein by this reference.

5.      Pursuant to the Bid Procedures and the Bid Procedures Order: (a) July 7, 2014, at noon (Pacific Daylight Time) is the deadline for interested bidders to submit bids (which will identify the Executory Contracts they wish to assume); (b) July 8, 2014, at 5:00 p.m. (Pacific Daylight Time) (the "Cure/Assignment Objection Deadline"), is the deadline by which any non-debtor party to any Executory Contract (each, a "Contract Counterparty") must (i) object to the assumption and assignment of any of the Executory Contracts, (ii) object to the amount of the Cure Costs, or (iii) assert that non-monetary defaults or conditions must be cured or satisfied under any of the Executory Contracts in order for such Executory Contracts to be assumed and assigned; (c) the Auction will be conducted on July 9, 2014, commencing at 9:00 a.m. (Pacific Daylight Time); (d)

---

[3] Notwithstanding the foregoing, under the Purchase Agreement, Doosan may add or eliminate contracts or leases to or from the body of Doosan Assumed Contracts up to three business days before the closing of the Sale. In such instance, the Debtors will immediately provide written notice to the non-debtor party to such contract or lease. The Executory Contracts listed on Exhibit "A" which are not listed on Exhibit "B" constitute contracts and unexpired leases that a competing bidder may require in connection with its bid or that may be designated an Assumed Contract at a later date.

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Assumption\NOH v2.docx

3   NOTICE OF HEARNIG ON MOTION TO AUTHORIZE DEBTORS TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF

Case: 14-51955    Doc# 139    Filed: 06/27/14    Entered: 06/27/14 11:27:19    Page 3 of 4

July 10, 2014, at 5:00 p.m. (Pacific Daylight Time) is the deadline by which to file objections to the conduct of the Auction; and (e) the Sale Hearing will occur on July 11, 2014, at 4:00 p.m. (Pacific Daylight Time).

6. To the extent any Contract Counterparty files an objection, such objection must set forth: (i) the basis for the objection (non-monetary or otherwise), and, if applicable, (ii) the amount the party asserts as the Cure Cost amount (with appropriate documentation in support thereof).

7. If no objection is timely filed, the Contract Counterparty to any Assumed Contract shall be deemed to have waived and released any right to assert an objection to the assignment and assumption of such Assumed Contract and to otherwise have consented to such assumption and assignment and Cure Cost amount as identified on Exhibit "A" to the Assumption Motion. The failure to timely file an objection by the Cure/Assignment Objection Deadline shall forever bar the assertion of any objection to this Assumption Motion, the entry of the Assumption Order, the assignment and assumption of the Assumed Contracts and/or consummation of the Sale, and shall be deemed to constitute any such party's consent to entry of the Assumption Order and consummation of the Sale and all transactions related thereto.

8. In the instance that a Contract Counterparty has timely filed an objection to its respective Cure Cost amount which is not resolved prior to the Sale Hearing, such objection will be heard by the Court at the Sale Hearing.[4]

9. Creditors and parties in interest with further questions or who desire copies of the Assumption Motion may contact Thomas T. Hwang of Dorsey & Whitney LLP, 305 Lytton Avenue, Palo Alto, CA 94301, Tel. No. (650) 857-1717; email: hwang.thomas@dorsey.com.

Dated: June 27, 2014  **DORSEY & WHITNEY LLP**

By: */s/ Thomas T. Hwang*
    Thomas T. Hwang
    Attorneys for Debtors

---

[4] The Debtors anticipate that to the extent any Contract Counterparty objection is not resolved at the conclusion of the Sale Hearing, the Court will continue the hearing on any such objections.

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Assumption\NOH v2.docx

4

NOTICE OF HEARNIG ON MOTION TO AUTHORIZE DEBTORS TO ASSUME AND ASSIGN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE OF

Case: 14-51955    Doc# 139    Filed: 06/27/14    Entered: 06/27/14 11:27:19    Page 4 of 4