| | | |
|---|---|---|
| Clean Energy Compression Corporation | Manufacturing and Supply Agreement | 0.00 |
| Coca-Cola Enterprises Inc. | Service Agreement | 605.76 |
| Congregational Tower Partners, LP | Service Agreement for Preventative Maintenance | 0.00 |
| Connecticut Innovations, Inc. | ARRA Grant Agreement, related amendments and agreements; University of Connecticut | 0.00 |
| Connecticut Innovations, Inc. | Standard Grant Agreement; Coca Cola Bottling Company | 0.00 |
| Connecticut Innovations, Inc. | ARRA Grant Agreement, related amendments and agreements; City of New Haven | 0.00 |
| Connecticut Innovations, Inc. | Standard Grant Agreement; Pratt and Whitney | 0.00 |
| Connecticut Innovations, Inc. | Standard Three-Party Financial Assistance Agreement | 0.00 |
| Connecticut Innovations, Inc. | Standard Grant Agreement; Whole Foods Market | 0.00 |
| Connecticut Innovations, Inc. | ARRA Grant Agreement, related amendments and agreements; Eastern Connecticut State University | 0.00 |
| Connecticut Innovations, Inc. | ARRA Grant Agreement, related amendments and agreements; Hamden High School | 0.00 |
| Connecticut Innovations, Inc. | Standard Grant Agreement; CT Science | 0.00 |
| Connecticut Innovations, Inc. | Standard Grant Agreement; Saint Francis Care - Mount Sinai Campus | 0.00 |
| Connecticut Innovations, Inc. | Standard Grant Agreement; WCSU | 0.00 |
| Connecticut Innovations, Inc. | ARRA Grant Agreement; Weston Middle School | 0.00 |
| Connecticut Science Center | Equipment and service customer agreement | 0.00 |
| Copytronix | Equipment lease agreement - Copier service agreement | 2,275.43 |
| Coxcom Inc. | Equipment and service customer agreement | 0.00 |
| CSI Electrical Contractors Inc. | Subcontract –installation 7/20/2012 | See Norco College below. |
| CT Transit Onsite | Equipment and service customer agreement | 0.00 |

| | | |
|---|---|---|
| Daniel Levin | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| David Butterfield | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Dell Financial Services, LLC | Equipment lease agreement | 10,453.59 |
| Desert Business Park II, LLC | Rejected by ClearEdge Power, Inc. per Court order.<br>Standard Industrial/Commercial Multi-Tenant Lease,<br>Palm Desert, CA | 4,709.39 |
| District Lodge 26, International Assn. of | Agreement; collective bargaining | 15,426.00 |
| Diversey, Inc. | Equipment and service customer agreement | 0.00 |
| Donald and Marianne Bradley | Equipment and service customer agreement | 914.00 |
| Drew Perkins | R4B SYSTEM WAS INSTALLED & STARTED UP<br>w/ 5 YR WARRANTYEquipment Exchange Agreement<br>& Mutual ReleaseCEP will continue monthly lost<br>savings paymentsCustomer will purchase a 10 year<br>service agreementCEP will deliver new M5 | 115,000.00 |
| Dreyfuss Construction | R4B SYSTEMS WERE INSTALLED & STARTED UP<br>w/ 5 YR WARRANTY<br>Commercial Improvement Agreement<br>No executed exchange or buyback agreement<br>Original system shut down / fully paid for / under<br>warranty<br>Project Site:  LINC-Palace Hotel | 230,000.00 |
| East Hartford Public Schools | Equipment and service customer agreement | 0.00 |
| Eastern Connecticut State University | Equipment and service customer agreement | 74,212.00 |
| Ecomarkets LLC | Equipment and service customer agreement | 0.00 |
| EE 2004 Retained Annuity Trust | UNIT NEVER SHIPPED<br>Home Improvement Agreement - Agreement 1 | 1,000.00 |
| EE 2004 Retained Annuity Trust | UNIT NEVER SHIPPED<br>Home Improvement Agreement - Agreement 2 | 1,000.00 |
| Ernest Cohen | UNIT NEVER SHIPPED | 1,000.00 |

| | | |
|---|---|---:|
| | Sales Contract | |
| Falvey Cargo Underwriting | Transportation Insurance | 0.00 |
| Fidelity Management Trust Company | Adoption Agreement, Trust Agreement, related addenda, amendments and agreements; 401(k) Plan | 0.00 |
| Fidelity Security Life Insurance Company | Vision Insurance | 0.00 |
| First National Bank of Omaha | Equipment and Services Contract | 0.00 |
| First National Bldgs Inc. | Equipment and service customer agreement | 0.00 |
| Frank Kurisu | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 57,000.00 |
| Frank Slootman | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Fred Harman | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Fuel Cell Corporation of the Americas | Amended and Restated Market Developer Agreement; distribution agreement | 0.00 |
| Fujitsu Management Services Of America | Equipment and service customer agreement | 0.00 |
| Gas Technology Institute | IP License agreement | 53,715.00 |
| Gavin Herbert Sr. Chairman | Equipment and service customer agreement | 1,731.00 |
| GE Fleet Services | Operating Leases | 8,286.33 |
| Gelco Corporation | Master Lease Agreement, related addenda and agreements | 0.00 |
| GGD Inc. | UNIT NEVER SHIPPED<br>Commecial Improvement Agreement<br>Project site:<br>3277 Pacific Ave<br>San Francisco, CA 94115 | 13,950.00 |

| | | |
|---|---|---|
| GGD Inc. | UNIT NEVER SHIPPEDCommecial Improvement AgreementProject site:3230 Jackson St.San Francisco, CA 94115 | 4,650.00 |
| GGD Inc. | UNIT NEVER SHIPPED<br>Commecial Improvement Agreement<br>Project site:<br>2709 Larkin<br>San Francisco, CA 94109 | 4,650.00 |
| Gloria Fan | Offer Letter | 0.00 |
| GS Power Co. Ltd | Equipment and service customer agreement | 0.00 |
| Gussing Renewable Energy GmbH | Joint Marketing and Sales Agreement | 0.00 |
| Hamden Board of Education | Equipment and service customer agreement | 73,641.60 |
| Hartford Distributors Inc. | Operating Leases | 14,500.00 |
| Hartford Distributors, Inc. | Sublease Agreement | 0.00 |
| Hilton Hotels Corp. | Equipment and service customer agreement | 0.00 |
| Irvine Ranch Water District | Standard Industrial/Commercial Multi-Tenant Lease, Irvine, CA, related addenda | 5,692.05 |
| J.E. Shepard Company | Lease for real property lease on Bidwell Road, South Windsor, CT | 35,433.86 |
| Jackie Curtis | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTY<br>Purchase Agreement Contract<br>Customer will purchase a 10 year service agreement<br>CEP will deliver new M5 | 115,000.00 |
| James Bell | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| James Kohlberg | Equipment and service customer agreement | 3,265.33 |
| Jeanne & Mike Williams | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Jeff and Lori Adams | Equipment and service customer agreement | 1,201.00 |

| | | |
|---|---|---|
| Jeff Housenbold | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTY Equipment Exchange Agreement & Mutual Release Customer will purchase a 10 year service agreement CEP DELIVERED replacement system already | |
| John & Kathryn Milligan | UNIT NEVER SHIPPED Home Improvement Agreement | 1,000.00 |
| John Connolly | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTY Purchase Agreement Contract CEP replaced an old M5 system Customer will purchase a 10 year service agreement | 0.00 |
| John Hart | UNIT NEVER SHIPPED Home Improvement Agreement | 1,000.00 |
| John Shwope | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTYEquipment Exchange Agreement & Mutual ReleaseCustomer will purchase a 10 year service agreementCEP DELIVERED replacement system already | 580.00 |
| Johnson Chen | UNIT NEVER SHIPPED Home Improvement Agreement | 8,696.06 |
| Johnson Matthey Fuel Cells | Manufacturing and Supply Agreement, related amendments, equipment lease | 1,161,816.05 |
| Kevin Clark | UNIT NEVER SHIPPED Home Improvement Agreement | 1,000.00 |
| Korea South-East Power Co. | Services Contract | 0.00 |
| Kristi Hanson Architects | UNIT NEVER SHIPPED Home Improvement Agreement Project site: Richard Helppie Residence | 1,000.00 |
| Lance & Amy Cottrill | UNIT NEVER SHIPPED Home Improvement Agreement | 1,000.00 |
| Laura Woodside | UNIT NEVER SHIPPED Home Improvement Agreement | 1,000.00 |
| LED Services, Inc. | | 0.00 |

| | | |
|---|---|---|
| Lew Coleman | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| LifeMap Assurance Company | Group Life, Long Term Disability, Short Term Disability, and Accidental Death and Dismemberment Insurance | 0.00 |
| Logan Energy Limited | Equipment and service customer agreement | 0.00 |
| Lori Katz Group | UNIT NEVER SHIPPED<br>Sales Contract - Project at Cahrles Giancarlo Residence | 1,000.00 |
| Ludington Construction | UNIT NEVER SHIPPED<br>Sales Contract | 1,000.00 |
| McQuown Enterprises LP | Equipment and service customer agreement | 0.00 |
| Mept Edgemoor Trs Energy LLC | Equipment and service customer agreement | 0.00 |
| Mept Octagon LLC | M400 Service Agreement | 0.00 |
| Merck & Co. | | 0.00 |
| Metro Mold & Design, LLC | Exclusive Manufacturing and Supply Agreement | 3,195,872.00 |
| Michael  Dichand | UNIT NEVER SHIPPED<br>Home Improvement Agreement Jan 2010 Agrmt | 1,000.00 |
| Michael Belton | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Michael Dichand | UNIT NEVER SHIPPED<br>Home Improvement Agreement Aug 2010 Agrmt | 1,000.00 |
| Michelle Hilderbrand | Offer Letter / Retention Bonus Email | 0.00 |
| MK Data Services | | 0.00 |
| Nat Simons | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTYEquipment Exchange Agreement & Mutual ReleaseCEP will continue monthly lost savings paymentsCustomer will purchase a 10 year service agreementCEP will deliver new M5 | 115,000.00 |
| Native American Tribal Energy, LLC | Commercial Representative Agreement | 0.00 |
| Network Global Logistics LLC | Supply Chain Management Agreement | 555,175.00 |

| | | |
|---|---|---|
| New York Power Authority | Equipment and service customer agreement | 0.00 |
| Nexant, Inc. | Environmental Credit Master Marketing Agreement dated August 19, 2011 | 0 |
| Nextera Energy Power Marketing | Fuel Cell Supply Agreement<br>Firm order for 5 systems<br>Don't think we ever shipped them | 25,000.00 |
| Norco College | Equipment and service customer agreement | 484,698.00 |
| Olson Brothers Construction Inc. | UNIT NEVER SHIPPED<br>Home Improvement Agreement<br>Project site: Owen Residence | 1,000.00 |
| One Beacon Technology Insurance | Workers Compensation Insurance | 0.00 |
| One Beacon Technology Insurance | Commercial Liability Insurance | 0.00 |
| Oracle America, Inc. | Oracle Master Agreement, related amendments and addenda | 14,305.46 |
| Otto H Rosentreter Company | Subcontract –installation 10/11/2011 | See Verizon Sourcing LLC below. |
| Pacific Realty Associates, L.P. | Hillsboro tax mechanics lease for real property in Hillsboro, OR, and related modifications | 0.00 |
| Phoenix Digital Solutions, LLC | | 0.00 |
| Power Systems & Controls, Inc. | Equipment Lease Agreement | 0.00 |
| Pratt & Whitney | Equipment and service customer agreement | 0.00 |
| Pratt And Whitney Rocketdyne | Equipment and service customer agreement | 0.00 |
| Price Chopper | Equipment and service customer agreement | 0.00 |
| Price Chopper Operating Co., Inc. | Equipment and service customer agreement | 0.00 |
| R. Briggs Wood | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTY<br>Equipment Exchange Agreement & Mutual Release<br>CEP will continue monthly lost savings payments<br>Customer will purchase a 10 year service agreement<br>CEP will deliver new M5 | 115,000.00 |

| | | |
|---|---|---|
| Randy & Eileen Scott | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Regence BlueCross | Innova Medical Plan Contract | 0.00 |
| Regence BlueCross | Expressions Dental Plan Contract | 0.00 |
| RKON Technologies | IT Service Agreement | 203,087.21 |
| Roche Molecular Systems Inc. | Equipment and service customer agreement | 0.00 |
| Rochester Institute of Technology | Energy Services Agreement, related amendments | 0.00 |
| Rochester Institute Of Technology | Equipment and service customer agreement | 0.00 |
| Rose Webb-Roven | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Saint Francis Hospital | Equipment and service customer agreement | 0.00 |
| Saint Francis Hospital | Energy Services Agreement | 152,044.39 |
| Saint Helena Hospital | M400 Service Agreement | |
| Samsung Everland Inc. | Equipment and service customer agreement | 369,210.00 |
| Samsung Everland Inc. | Memorandum of Agreement for Distributorship in Korea; amendments, modifications, related purchase orders | 0.00 |
| San Diego Gas & Electric Co. | Equipment and service customer agreement | 0.00 |
| Satya Motupally | Offer Letter | 0.00 |
| Scott Feamster | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| SCSH Development and Realty, LLC | Standard Industrial/Commercial Multi-Tenant Lease, Sunnyvale, CA, related addenda | 0.00 |
| SDV Korea Co., Ltd. | Warehousing Agreement, related amendments | 0.00 |
| Shepard-Pola, Incorporated | Lease for real property on Governor's Highway, South Windsor, CT, and related amendments | 75,613.98 |
| SKE&S Pyeongtaek ES | Equipment and Services Contract | 0.00 |

| | | |
|---|---|---|
| Smith Brothers Construction | UNIT NEVER SHIPPED<br>Home Improvement Agreement<br>Project site: Mike Kao Residence | 900.00 |
| South Coast Air Quality Mgmt District | Equipment and service customer agreement | 45,274.00 |
| Steve Gaddis | R4B SYSTEM WAS INSTALLED & STARTED UP w/ 5 YR WARRANTY<br>Equipment Exchange Agreement & Mutual Release<br>CEP will continue monthly lost savings payments<br>Customer will purchase a 10 year service agreement<br>CEP will deliver new M5 | 115,000.00 |
| T. Morrissey Corporation | NO UNITS HAVE SHIPPED TO SITE<br>Morrissey has made progress payments<br>Equipment Purchase and Installation Agreement | 531,504.67 |
| The Octagon | Equipment and service customer agreement | 0.00 |
| Thom & Leslie Beers | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Tishman Construction | Services and Supply Agreement, World Trade Center Towers 3 and 4, related Purchase Orders | 0.00 |
| Tom Linden | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Toshiba Corporation | UTC Fuel Cells-Toshiba License Agreement | 0.00 |
| U.S. Department of Veterans Affairs | Services Contract, government | 0.00 |
| United Technologies Corp. | Purchase agreement | 13,573.27 |
| United Technologies Corporation | Buyer License Agreement | 0.00 |
| United Technologies Corporation | Seller License Agreement | 0.00 |
| United Technologies Corporation | Access Agreement between UTC Power Corporation for gas farms and accessway on 90 Bidwell, dated February 12, 2013 | 0.00 |
| United Technologies Corporation | Access Agreement between UTC Power Corporation for gas farms and accessway on 195 Governors Highway, dated February 12, 2013. | 0.00 |

| | | |
|---|---|---:|
| University Of Connecticut | Equipment and service customer agreement | 0.00 |
| US Bank | Equipment lease agreement - Copier | 11,371.52 |
| US Hybrid Corporation | Purchase Agreement, Fuel Cell Powered Transit Bus | 0.00 |
| Velocity Technology Solutions | | 0.00 |
| Verizon Corporation Services Group Inc. | Equipment and service customer agreement | 0.00 |
| Verizon Sourcing LLC | Multiple equipment, installation and services contracts, general purchase agreements | 4,394,188.00 |
| Western Connecticut State University | Equipment and service customer agreement | 0.00 |
| Whole Foods Market - Fairfield | Equipment and service customer agreement | 41,106.00 |
| Whole Foods Market Group, Inc. | Equipment and service customer agreement | 0.00 |
| Whole Foods Market, Inc. | Standard Three-Party Financial Assistance Agreement | 19,516.00 |
| Wildlife Conservation Society | Equipment and service customer agreement | 0.00 |
| William Ferone | Offer Letter | 0.00 |
| William Maguire | Offer Letter | 0.00 |
| Xerox Corp. | Copier leases | 18,498.97 |
| Zack Stenger | UNIT NEVER SHIPPED<br>Home Improvement Agreement | 1,000.00 |
| Zaki Kabir | Offer Letter / Addendum to Offer Letter | 0.00 |

**Schedule 4.1(a)(i)**
**Non-Debtor Subsidiaries**

| Entity Name | Jurisdiction of Organization | EIN Number |
|---|---|---|
| ClearEdge Power Corp. | CA | -- |
| ClearEdge Power Finance, LLC | DE | 46-4674506 |
| Transit Leasing Incorporated | DE | 27-3469206 |
| ClearEdge Power International Service Korea, LLC | Korea | N/A |

**Schedule 4.1(a)(ii)**
**Assets, Directors and Employees of Non-Debtor Subsidiaries**

**ClearEdge Power Corp**

- No assets

- No employees

- Director: Gloria Fan

**ClearEdge Power Finance, LLC**

- Loan Agreement, Promissory Note, Security Agreement, and ancillary documents with REF Investments Ltd.

- No employees

**Transit Leasing Incorporated**

- Originally established by UTC Power in 2010 to limit liability related to transportation line of business. Contracts with Northeast Advanced Vehicle Consortium and associated bus assets were held in this entity. No stationary fuel cell contracts or assets have ever been held in the name of this entity.

- Directors: Gloria Fan, Shelley Hilderbrand

**ClearEdge Power International Service Korea, LLC**

- Office Lease Agreement with Youngran Kim dated September 16, 2013.

- Warehouse Lease Agreement with SDV Korea Co., Ltd. dated May 18, 2011 and subsequently amended
    - Agreement terminated May 18, 2014; amendment in process.

- Vehicle Lease Agreement with Orix Capital dated September 2, 2012.

- Vehicle Lease Agreement with Orix Capital dated October 14, 2012.

- Vehicle Lease Agreement with Orix Capital dated October 24, 2013.

- Vehicle Lease Agreement with Orix Capital dated October 23, 2013.

- Vehicle Lease Agreement with Hyundai Capital dated May 23, 2013.

- Vehicle Lease Agreement with Hyundai Capital dated May 23, 2013.

- Miscellaneous office equipment, computer equipment and service tools.

- Employees:

- Dae-Seong Ahn
- Kyeong-Nam Kim
- Se-Jin Kim
- Eunjong Mo
- Min Su Park

**Schedule 4.1(e)**
**Leases**

| Property | Lease | Lessor/Landlord |
|---|---|---|
| **195 Governors Highway South Windsor, CT** | Lease dated as of August 9, 2013. | Shepard-Pola, Incorporated |
| **90 Bidwell Road South Windsor, CT** | Lease dated July 8, 1998 | J. E. Shepard Company |
| **7205 N.W. Evergreen Parkway, Suite 100, Hillsboro, OR 97124** | Lease dated 8/16/2004 as amended | Pacific Realty Associates |
| **920 Thompson Place, Suite 100, Sunnyvale, CA** | Lease dated 10/13/2009 | SCSH Development & Realty LLC |
| **38 Waterworks Way, Irvine, CA** | Lease dated 10/27/2009 | Irvine Ranch Water District |

**Schedule 4.1(g)(1)**
**Actions and Orders**

No exceptions.

# Schedule 4.1(h)

# Material Contracts

# Submitted Under Seal Pursuant To Court Order

**Schedule 4.1(j)**
**Compliance with Environmental Law and Permits**

The Sellers are aware that a ground water remediation is ongoing at their facility located in South Windor, CT. The Sellers are informed that the event happened in 1998 when the property was operated by UTC. Pursuant to Sellers' purchase agreement with UTC, UTC is responsible for the cost of the water remediation.

# Schedule 4.1(k)

# Intellectual Property Rights

# Submitted Under Seal
# Pursuant To Court Order

**Schedule 4.1(q)**
**Collective Bargaining Agreements**

- Agreement between UTC Power Corporation and District Lodge 26 of the International Association of Machinists and Aerospace Workers, and its affiliated Local Lodge 1746, dated December 3, 2012

- An Adversary Proceeding was filed in Sellers Bankruptcy Case titled *Peter Wojciechowski on his own behalf and on behalf of all other persons similarly situated* vs. *ClearEdge Power, Inc. and ClearEdge Power LLC*
    - The adversary proceeding requests damages under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§2101 – 2109 and Connecticut Wage Law, Conn. Gen. Stat., §§ 31-76k, 31-71a to 31-71i.

Schedule 5.1
Budget

**ClearEdge Power, Inc.**
**Disbursement Forecast**
**June 24, 2014**

| | 6/27/2014 | 7/4/2014 | 7/11/2014 | 7/18/2014 | 7/25/2014 | 8/1/2014 |
|---|---|---|---|---|---|---|
| **Payroll** | 200,537 | 182,732 | 182,732 | 182,732 | 182,732 | 281,748 |
| **Service & Support Materials** | 290,295 | 44,485 | 80,485 | 10,485 | 161,250 | 6,250 |
| **Korea Operations Funding** | 0 | 150,000 | 0 | 0 | 150,000 | 0 |
| **IT** | 105,274 | 16,332 | 1,500 | 0 | 126,830 | 0 |
| **Rent / Facilities** | 112,037 | 208,839 | 60,000 | 3,500 | 0 | 0 |
| **Utilities / Telco** | 191,111 | 73,000 | 74,750 | 22,600 | 73,000 | 42,250 |
| **Employee Benefits** | 24,360 | 70,169 | 19,483 | -17,483 | 1,000 | 1,000 |
| **Corp Admin** | 874,841 | 214,502 | 106,500 | 100,000 | 7,375 | 4,000 |
| **Travel / Sale Support** | 82,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| **Loan Payments** | 129,000 | 342,000 | | | | |
| **TOTAL:** | 2,009,455 | 1,327,060 | 550,450 | 326,834 | 727,187 | 360,248 |

# PURCHASER SCHEDULE

## Schedule 1.2(a)
### Assumed Contracts

The headings of this schedule are for convenience of reference only and are not to be considered in construing this schedule.

### IP License Agreements

1. Seller License Agreement between ClearEdge Power, Inc. and United Technologies Corporation, effective February 12, 2013

2. Buyer License Agreement between UTC Power Corporation and United Technologies Corporation, effective February 12, 2013

3. Trademark License Agreement between ClearEdge Power, Inc. and LED Services, Inc., dated November 22, 2013

4. Development and License Agreement between Capstone Turbine Corporation and UTC Power Corporation, effective September 5, 2007

5. Copyright Permission Agreement between UTC Power Corporation and ISE Corporation, effective December 11, 2006.

6. License Agreement for Denial List between UTC Power Corporation and MK Data Services, effective April 17, 2007.

7. License Agreement between UTC Power Corporation and Merck & Co. Inc., effective May 5, 2008.

8. MMP Portfolio License Agreement between United Technologies Corporation and Phoenix Digital Solutions, LLC, patriot Scientific Corporation, effective October 17, 2012.

9. UTC Fuel Cells – Toshiba License Agreement between UTC Fuel Cells, LLC and TOSHIBA Corporation, effective November 30, 2004.

### Manufacturing & Supply Agreements

10. Manufacturing and Supply Agreement between ClearEdge Power Corporation and ABB Inc., dated October 31, 2013

W/2297102

11. Manufacturing and Supply Agreement between UTC Power Corporation and Clean Energy Compression Corporation, d/b/a IMW Industries, dated August 31, 2011

12. Amended and Restated Manufacturing and Supply Agreement between UTC Power Corporation and Johnson Matthey Fuel Cells Limited, dated September 3, 2011

13. Exclusive Manufacturing and Supply Agreement between UTC Power Corporation and Metro Mold & Design, LLC, dated June 11, 2012

14. Supply Chain Management Agreement between ClearEdge Power Corporation and Network Global Logistics LLC, dated December 30, 2013

Distribution Agreements

15. Amended and Restated Market Developer Agreement between ClearEdge Power Corporation and Fuel Cell Corporation of the Americas, d/b/a DMH, dated September 20, 2013

16. Commercial Representative Agreement between ClearEdge Power, LLC and Native American Tribal Energy, LLC, dated February 12, 2014

Customer Agreements

17. PureCell Model 400 Furnish and Installation Contract and Service Contract – Service Level Gold between UTC Power Corporation and 360 State Street Inc. d/b/a Becker and Becker, dated May 5, 2009

18. PureCell System Model 400 Equipment and Service Contract between ClearEdge Power, LLC and 777 Residential LLC, dated April 2, 2014

19. Maintenance and Services Contract between ClearEdge Power Corporation and Ameresco Select, Inc., dated September 3, 2013

20. Equipment and Services Contract between ClearEdge Power Corporation and Amgraph Packaging, dated December 20, 2013

21. Furnish, Installation and Services Contract between UTC Power Corporation and CoxCom, Inc., dated July 22, 2010

22. Furnish, Installation and Services Contract – Gold Service Level between UTC Power Corporation and CoxCom, Inc., dated July 23, 2010

23. Purchase and Services Contract – Gold Service Level between UTC Power Corporation and Diversey, Inc. (formerly JohnsonDiversey, Inc.) dated July 29, 2010

24. Services Contract – Gold Service Level between ClearEdge Power Corporation and EcoMarkets, LLC dated March 19, 2013

25. Services Agreement – Service Level: Gold between UTC Power Corporation and MEPT Octagon LLC dated August 6, 2009

26. Environmental Credit Master Marketing Agreement between UTC Power Corporation and Nexant, Inc., dated August 19, 2011

27. Environmental Credit Master Marketing Agreement between ClearEdge Power Corporation and NextEra Energy Power Marketing, LLC, dated February 22, 2012

28. Environmental Credit Master Marketing Agreement between ClearEdge Power Corporation and NextEra Energy Power Marketing, LLC, dated June 26, 2013

29. Equipment, Installation and Services Contract – Gold Service Level between UTC Power Corporation and Pratt and Whitney Rocketdyne, dated December 21, 2011

30. Purchase and Services Contract – Gold Service Level between UTC Power Corporation and The Price Chopper, Inc., dated September 30, 2010

31. Equipment, Installation and Services Contract between UTC Power Corporation and Riverside Community College District, on behalf of Norco College, dated October 15, 2012

32. Equipment, Installation and Services Contract – Gold Service Level between UTC Power Corporation and Roche Molecular Systems, Inc., dated December 10, 2010

33. Contract for World Trade Center Tower #3, (including Rider A) between ClearEdge Power Corporation and Tishman Construction Corporation, dated March 13, 2013

34. Contract for World Trade Center Tower #4, (including Riders A and C) between ClearEdge Power Corporation and Tishman Construction Corporation, dated March 22, 2013

35. Services Contract between ClearEdge Power Corporation and Tishman Construction Corporation, dated March 22, 2013

36. General Purchase Agreement between ClearEdge Power Corporation and Verizon Sourcing LLC, dated April 7, 2013

   o Order/Authorization Letter No. 1 for General Purchase Agreement
   o Order/Authorization Letter No. 2 for General Purchase Agreement
   o Order/Authorization Letter No. 3 for General Purchase Agreement
   o Order/Authorization Letter No. 4 for General Purchase Agreement
   o Order/Authorization Letter No. 5 for General Purchase Agreement
   o Order/Authorization Letter No. 6 for General Purchase Agreement
   o Order/Authorization Letter No. 7 for General Purchase Agreement
   o Order/Authorization Letter No. 8 for General Purchase Agreement
   o Order/Authorization Letter No. 9 for General Purchase Agreement
   o Order/Authorization Letter No. 10 for General Purchase Agreement
   o Order/Authorization Letter No. 11 for General Purchase Agreement

37. Equipment, Installation and Services Contract between ClearEdge Power Corporation and Verizon Sourcing LLC, dated April 19, 2013

38. Services Contract – Service Level: Silver with No Microturbine Overhauls between UTC Power Corporation and Wildlife Conservation Society, dated October 14, 2008

Access Agreements

39. Access Agreement between UTC Power Corporation and United Technologies Corporation for gas farms and accessway on 90 Bidwell, dated February 12, 2013

40. Access Agreement between UTC Power Corporation and United Technologies Corporation for gas farms and accessway on 195 Governors Highway, dated February 12, 2013

Technology Outsourcing

41. Master Service Agreement between ClearEdge Power, Inc. and Velocity Technology Solutions, Inc. dated March 31, 2013

42. Managed Services Agreement between ClearEdge Power, Inc. and RKON, Inc. dated June 12, 2013

43. AT&T Corporate Digital Advantage Pricing Schedule between ClearEdge Power, Inc. and AT&T Corp. dated May 10, 2013

44. Term License Lease Schedule between ClearEdge Power, Inc. and Oracle America, Inc. dated February 28, 2011

Energy Services Agreements

45. Energy Service Agreement between UTC Power Corporation and American Stores Company, LLC dated May 27, 2010

46. Energy Services Agreement between UTC Power Finance Corporation and Price Chopper Operating Company, Inc. dated October 21, 2008

47. Energy Services Agreement between UTC Power Finance Corporation and SUPERVALU INC. dated April 27, 2009

48. Furnish and Installment Agreement between UTC Power Corporation and the City of Middletown dated September 6, 2007

49. Services Contract between ClearEdge Power Corporation and Tishman Construction Corporation dated March 22, 2013

**Subject to REF Investments, Ltd. Sale Election:**

50. Energy Services Agreement between UTC Power Finance Corporation and 1211 6th Avenue Property Owner, L.L.C. c/o Beacon Capital Partners, LLC, dated January 1, 2009

51. Energy Services Agreement between UTC Power Corporation and Hamden Board of Education, dated April 14, 2011

52. Energy Supply and Services Agreement between UTC Power Corporation and South Coast Air Quality Management District, dated September 28, 2012

53. Change Order No. 1 between UTC Power Corporation and South Coast Air Quality Management District, dated November 5, 2012

54. Energy Services Agreement between UTC Power Corporation and St. Francis Hospital and Medical Center, dated September 8, 2011

55. Change Order No. 1 between UTC Power Corporation and St. Francis Hospital and Medical Center, dated August 23, 2012

56. Energy Services Agreement between UTC Power Finance Corporation and Whole Foods Market Group, Inc., dated December 23, 2008

57. Energy Services Agreement between UTC Power Finance Corporation and Whole Foods Market Group, Inc., dated December ___, 2010

58. Energy Services Agreement between UTC Power Finance Corporation and Whole Foods Market California, Inc., dated December 7, 2009

**Subject to Crestmark Bank Sale Election:**

59. Energy Services Agreement between UTC Power Corporation and Radford Studio Center Inc. DBA CBS Studio Center, dated March 9, 2012

60. [Amendment No. 1 to Energy Services Agreement between UTC Power Corporation and Radford Studio Center Inc. DBA CBS Studio Center, dated March 14, 2012][1]

61. Amendment No. 2 to Energy Services Agreement between UTC Power Corporation and Radford Studio Center Inc. DBA CBS Studio Center, dated August 1, 2013

62. Energy Services Agreement between UTC Power Corporation and CBS Operations and Administration, a Division of CBS Broadcasting, Inc., dated March 9, 2012

63. [Amendment No. 1 to Energy Services Agreement between UTC Power Corporation and CBS Operations and Administration, a Division of CBS Broadcasting, Inc., dated March 14, 2012][2]

64. Amendment No. 2 to Energy Services Agreement between UTC Power Corporation and CBS Operations and Administration, a Division of CBS Broadcasting, Inc., dated August 1, 2013

**Subject to Talmer Bank & Trust Sale Election:**

65. Energy Services Agreement between UTC Power Corporation and City of New Haven, dated September 15, 2011

---

[1] Note to Draft: Not present in data room. CEP to provide.
[2] Note to Draft: Not present in data room. CEP to provide.

66. Change Order No. 1 between UTC Power Corporation and City of New Haven, dated March 15, 2012

67. Energy Services Agreement between UTC Power Corporation and Coca-Cola Enterprises Inc., dated August 15, 2010

68. First Amendment to Energy Services Agreement between Coca-Cola Refreshments USA, Inc. (f/k/a Coca-Cola Enterprises Inc.), dated August 15, 2010

69. Energy Services Agreement between UTC Power Finance Corporation and Coca-Cola Enterprises Inc., dated March 27, 2009

70. Amendment No. 1 to Energy Services Agreement between UTC Power Finance Corporation and Coca-Cola Enterprises Inc., dated August 20, 2009

71. Energy Services Agreement between UTC Power Corp. and Eastern Connecticut State University, dated October 6, 2011

72. Energy Services Agreement between UTC Power Finance Corporation and City of Hartford, Connecticut, dated July 30, 2010

73. Energy Services Agreement between UTC Power Corporation and St. Francis Hospital and Medical Center, dated October 25, 2011

74. Energy Services Agreement between UTC Power Finance Corporation (assigned to UTC Power Corporation as of October 15, 2010) and United Technologies Corp., Pratt & Whitney Division, dated December 30, 2008

75. First Amendment to Energy Services Agreement between UTC Power Corporation and United Technologies Corp., Pratt & Whitney Division, dated December 20, 2012

76. Energy Purchase Agreement and License between UTC Power Corporation and University of Connecticut, dated August 9, 2011

77. Energy Services Agreement between UTC Power Corporation and Rochester Institute of Technology, dated August 2, 2011

**Subject to VFS LLC Sale Election:**

78. Energy Services Agreement between UTC Power Corporation and Western Connecticut State University, dated March 29, 2012

| Property | Lease | Lessor/Landlord | Lessee/Tenant |
|---|---|---|---|
| **195 Governors Highway South Windsor, CT** | Lease dated as of August 9, 2013.*<br><br>Special Guaranty of Obligations dated as of August 9, 2013.<br><br>*Subject to satisfactory documentation of giveback of 52,000 sq. ft. | Shepard-Pola, Incorporated | ClearEdge Power Corporation |
| **90 Bidwell Road South Windsor, CT** | Lease dated July 8, 1998, as amended by<br>Amendment to Lease dated March 29, 1999;<br>Second Amendment to Lease dated June 1, 2000;<br>Third Amendment to Lease dated October 23, 2001;<br>Fourth Amendment to Lease dated December 21, 2001;<br>Fifth Amendment to Lease dated June 30, 2003;<br>Sixth Amendment to Lease dated April 29, 2005;<br>Seventh Amendment to Lease dated January 26, 2006;<br>Eighth Amendment to Lease dated December 18, 2008; | J. E. Shepard Company | UTC Power Corporation (originally, ONSI Corporation). |

| Property | Lease | Lessor/Landlord | Lessee/Tenant |
|---|---|---|---|
| | Ninth Amendment to Lease dated December 23, 2010; Tenth Amendment to Lease dated December 23, 2011; and Special Guaranty of Obligations dated August 9, 2013. | | |

**Schedule 2.2(a)(vii)**
**Excluded Assets**

None.

**Schedule 2.4**
**Purchase Price**

| Parties | Facility | Outstanding Amounts / Other Terms | Collateral Purchase Price |
|---|---|---|---|
| **Secured Creditor:** Talmer Bank & Trust ("Talmer")[3]<br><br>**Borrower:** ClearEdge Power LLC | Secured Note #1 | Original Principal: $1,224,510.25<br>Current Principal: $1,128,463.91<br>Maturity: July 1, 2021<br>Collateral:[4] Payments under Energy Services Agreement with United Technologies Corporation, Pratt & Whitney Division, and equipment (including 2x 400 kW units) related thereto | 75% current principal amount, not to exceed $848,347.93 |
| | Secured Note #2 | Original Principal: $2,235,791.39<br>Current Principal: $2,076,207.32<br>Maturity: February 1, 2022<br>Collateral: Payments under Energy Services Agreement with Coca-Cola Enterprises Inc. and equipment (including 2x 400 kW units) related thereto | 75% current principal amount, not to exceed $1,557,155.49 |
| | Secured Note #3 | Original Principal: $1,535,702.36<br>Current Principal: $1,398,469.80 | 75% current principal amount, not to exceed $1,048,852.35 |

---

[3] Offer is only to purchase underlying collateral of all nine (9) secured notes together. Talmer may not make a Sale Election with respect to any individual secured note without making a Sale Election with respect to all secured notes.

[4] Collateral descriptions throughout Schedule 2.4 are merely illustrative and shall not limit the scope of the assets purchased by the Purchaser, which, subject to Section 2.2, shall include all collateral of any Secured Facility making a Sale Election, regardless of whether such collateral is described on this Schedule 2.4

| Parties | Facility | Outstanding Amounts / Other Terms | Collateral Purchase Price |
|---|---|---|---|
| | | Maturity: October 1, 2020<br><br>Collateral: Payments under Energy Services Agreement with Coca-Cola Enterprises Inc. and equipment (including 2x 400 kW units) related thereto | |
| **Secured Creditor:** Talmer Bank & Trust<br><br>**Borrower:** ClearEdge Power LLC | Secured Note #4 | Original Principal: $1,710,107.76<br><br>Expected Current Principal: $1,600,487.66<br><br>Maturity: October 1, 2022<br><br>Collateral: Payments under Energy Services Agreement with the City of Hartford, CT, and equipment (including 1x 400 kW unit) related thereto | 75% current principal amount, not to exceed $1,200,365.75 |
| | Secured Note #5 | Original Principal: $1,120,130.86<br><br>Expected Current Principal: $1,047,623.57<br><br>Maturity: March 1, 2022<br><br>Collateral: Payments under Energy Services Agreement with the University of Connecticut and equipment (including 1x 400 kW unit) related thereto | 75% current principal amount, not to exceed $785,717.68 |
| | Secured Note #6 | Original Principal: $1,171,149.48<br><br>Expected Current Principal: $1,091,751.68<br><br>Maturity: June 1, 2022<br><br>Collateral: Payments under Energy Services Agreement with Eastern Connecticut State University and equipment (including 1x 400 kW unit) related thereto | 75% current principal amount, not to exceed $818,813.76 |

| Parties | Facility | Outstanding Amounts / Other Terms | Collateral Purchase Price |
|---|---|---|---|
| **Secured Creditor:** Talmer Bank & Trust<br><br>**Borrower:** ClearEdge Power LLC (f/k/a ClearEdge Power Corporation) | Secured Note #7 | Original Principal: $1,843,555.32<br><br>Expected Current Principal: $1,715,258.01<br><br>Maturity: April 1, 2022<br><br>Collateral: Payments under Energy Services Agreement with City of New Haven, CT, and equipment (including 1x 400 kW unit) related thereto | 75% current principal amount, not to exceed $1,286,443.51 |
| | Secured Note #8 | Original Principal: $564,096.96<br><br>Expected Current Principal: $543,595.21<br><br>Maturity: April 1, 2023<br><br>Collateral: Payments under Energy Services Agreement with Rochester Institute of Technology and equipment (including 1x 400 kW unit) related thereto | 75% current principal amount, not to exceed $407,696.41 |
| | Secured Note #9 | Original Principal: $1,393,007.84<br><br>Expected Current Principal: $1,316,720.35<br><br>Maturity: June 1, 2022<br><br>Collateral: Payments under Energy Services Agreement with St. Francis Hospital & Medical Center – Mt. Sinai and equipment (including 1x 400 kW unit) related thereto | 75% current principal amount, not to exceed $987,540.26 |
| | **Total** | | 75% current aggregate principal amount, not to exceed $8,938,933.13 |

| Parties | Facility | Outstanding Amounts / Other Terms | Collateral Purchase Price |
|---|---|---|---|
| **Secured Creditor:** REF Investments, Ltd.[5]<br><br>**Borrower:** ClearEdge Power Finance, LLC (Non-Debtor)<br><br>**Pledgor:** ClearEdge Power LLC<br><br>**Guarantor:** ClearEdge Power, Inc. | Loan Agreement | Original Principal: $3,000,000.00<br><br>Expected Current Principal: $2,962,500.00<br><br>Maturity: February [__], 2022<br><br>Collateral: Payments under Energy Services Agreements with customers and equipment (in each case, including 1x 400 kW unit) related thereto<br><br>Customers: (A) Whole Foods Market Group, Inc. (2x), (B) Whole Foods Market California, Inc., (C) 1211 6th Avenue Property Owner LLC, (D) Town of Hamden Board of Education, (E) St. Francis Hospital & Medical Center, (F) South Coast Air Quality Management District | 60% current principal amount, not to exceed $1,777,500.00 |

[5] Offer to purchase underlying collateral is contingent upon borrower filing a petition for relief under the bankruptcy code and becoming a party to the Asset Purchase Agreement, as approved by the Bankruptcy Court.

| Parties | Facility | Outstanding Amounts / Other Terms | Collateral Purchase Price |
|---|---|---|---|
| **Financier:** Crestmark Bank[6]<br><br>**Borrower:** ClearEdge Power LLC (f/k/a ClearEdge Power Corporation) | Sale/Leaseback Agreement and Partial Assignment Agreement | Original Net Purchase Price: $6,453,942.44<br><br>Term End Date: October 31,2020<br><br>Monthly Lease Payment: $59,071.43<br><br>Repurchase Price: Fair market value of underlying equipment<br><br>Collateral: Payments under Energy Services Agreements with customers and equipment (in each case, including 3x 400 kW unit) related thereto<br><br>Customers: (A) Radford Studio Center Inc. d/b/a CBS Studio Center, (B) CBS Operations and Administration, a division of CBS Broadcasting, Inc. | $3,500,000 |
| **Financier:** VFS LLC[7]<br><br>**Borrower:** ClearEdge Power LLC (f/k/a ClearEdge Power Corporation) | Sale/Leaseback Agreement and Partial Assignment Agreement | Original Net Purchase Price: $1,513,415.40<br><br>Term End Date: September 30, 2021<br><br>Monthly Lease Payment: $16,525.00<br><br>Repurchase Price: Fair market value of underlying equipment<br><br>Collateral: Payments under Energy Services Agreements with Western Connecticut State University and equipment (including 1x 400 kW unit) related thereto | $750,000 |

---

[6] Offer to purchase underlying collateral is contingent upon this Secured Facility being recharacterized as a disguised financing rather than true sale and assignment and Sellers being determined to have title to underlying collateral.

[7] Offer to purchase underlying collateral is contingent upon this Secured Facility being recharacterized as a disguised financing rather than true sale and assignment and Sellers being determined to have title to underlying collateral.

**Schedule 2.5**
**Excluded Liabilities**

None.

**Schedule 5.16**
**Permitted Use Assets**

## ClearEdge Power Equipment

| | Estimated Book Value |
|---|---|
| **Description** | |
| IT Servers | 28,361.31 |
| Accounting Software | 227,435.19 |
| Copiers | 47,000.00 |

3 Copiers in South Windsor

**Total IT Equipment**          302,796.50

### ClearEdge Power Listing

| Category | Description | Asset Cost | Asset Accum Depr | Book Value |
|---|---|---|---|---|
| IT Servers | SERVER ROOM CAPACITY | 1,100.00 | (1,100.00) | - |
| IT Servers | TED VLAN SERVER | 2,080.00 | (390.71) | 1,689.29 |
| IT Servers | DELL SERVER | 630.00 | (357.41) | 272.59 |
| IT Servers | SERVERS | 630.00 | (357.41) | 272.59 |
| IT Servers | IFIX WEBSPACE SERVER | 1,440.00 | (542.40) | 897.60 |
| IT Servers | CCN SERVER | 10,691.37 | (1,960.09) | 8,731.28 |
| IT Servers | Oracle Test server ha | 12,762.25 | (11,520.53) | 1,241.72 |
| IT Servers | Vault Server Upgrade | 17,327.74 | (10,595.01) | 6,732.73 |

| Category | Description | Amount | | Net |
|---|---|---|---|---|
| IT Servers | Dell R610 Servers for | 24,896.28 | (16,372.77) | 8,523.51 |
| | **Subtotal - IT Servers** | **71,557.64** | **(43,196.33)** | **28,361.31** |
| Accounting Software | SOFTWARE - JDE ENTERP | 21,700.00 | (12,310.58) | 9,389.42 |
| Accounting Software | JDE E-1 SOFTWARE | 29,500.00 | (16,735.58) | 12,764.42 |
| Accounting Software | Oracle Software Appli | 225.71 | (169.28) | 56.43 |
| Accounting Software | Oracle Software - Pha | 2,351.00 | (1,763.25) | 587.75 |
| Accounting Software | Oracle JDE Software L | 193,415.33 | (53,746.29) | 139,669.04 |
| Accounting Software | HYPERION PLANNING SOF | 108,000.00 | (61,269.23) | 46,730.77 |
| Accounting Software | Hyperion Reporting So | 111,825.00 | (93,587.64) | 18,237.36 |
| | **Subtotal - Accounting Software** | **467,017.04** | **(239,581.85)** | **227,435.19** |