JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

**CLEAREDGE POWER, INC.**,
Employer Tax I.D. No. 20-0119415

Case No. 14-51955-CN-11

**CLEAREDGE POWER, LLC**
Employer Tax I.D. No. 06-1517615

Case No. 14-51956-CN-11

**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**
Employer Tax I.D. No. 27-3468551

Case No. 14-51960-CN-11

Debtor(s).

920 Thompson Place, Suite 100
Sunnyvale, California 94085

Cases Jointly Administered
Under Chapter 11

Date: July 11, 2014
Time: 4:00p.m.
Place: 280 S. First Street, Room 3070
San Jose, CA 95113
Judge: Honorable Charles Novack

**DECLARATION OF STEVEN R. GERBSMAN
IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec SRG v3.docx

1

DECLARATION of STEPHEN GERBSMAN IN SUPPORT OF
MOTION BY DEBTORS TO APPROVE CERTAIN ASSETS FREE AND CLEAR OF
LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

Case: 14-51955   Doc# 148-8   Filed: 06/30/14   Entered: 06/30/14 13:44:57   Page 1 of 3

1. I am the president of TGI Financial, Inc., aka Gerbsman Partners ("Gerbsman"), financial advisor to the Debtors (the "Company") in the above-captioned jointly-administered bankruptcy case. I have firsthand knowledge of all facts stated herein and I would and could testify to them if called upon to do so.

2. I make this declaration in support of the MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (the "Motion").

3. Unless stated otherwise herein, all capitalized terms shall have the same meaning as in the Motion.

4. Upon its retention, Gerbsman immediately prepared a sale memorandum ("Solicitation Package") detailing the Company and its history, the Company's assets and the acquisition opportunity. Gerbsman then commenced a sales and marketing process in an attempt to sell the Debtors' business as a going concern. Gerbsman sent over 800 Solicitation Packages to strategic partners, customers, competitors, venture capital firms and private equity firms for their portfolio companies, investment bankers, lawyers and fixed asset/inventory liquidators, in the United States, Europe, Israel, China and India regarding the sale opportunity. On May 31, 2014, the Committee provided an additional eighteen (18) potentially interested parties to Gerbsman. Gerbsman contacted these parties and provided them with the Solicitation Package. As of June 23, 2014, thirty-three (33) interested bidders have executed non-disclosure agreements to participate in the Debtors' due diligence process. To date, six (6) nationally known equipment liquidators have inspected the Company's equipment, and two (2) multinational companies have conducted on-site due diligence. There are ten (10) interested bidders who have signed non-disclosure agreements that have accessed the Debtors data room. Sixteen (16) parties have conducted on-site inspections of the Debtors' facilities. Many potential bidders attended presentations by or meetings with the Debtors' management and/or Gerbsman. Gerbsman has had three professionals working full time on this matter since April 28, 2014.

5. Gerbsman has generated and received substantial interest in the Sale transaction opportunity, and, even after identification of Doosan as the Stalking Horse Bidder and the execution

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec SRG v3.docx

2

DECLARATION OF STEPHEN GERBSMAN IN SUPPORT OF MOTION BY DEBTORS TO APPROVE CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

Case: 14-51955    Doc# 148-8    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 2 of 3

of the Purchase Agreement, Gerbsman and the Debtors have continued to market the acquisition opportunity.

6. The efforts of Gerbsman and the Debtors led to the identification of Doosan as a potential purchaser.

7. Gerbsman has been actively responding to inbound inquiries from potential bidders. Weekly updates have been sent to all interested parties who executed NDA's or otherwise expressed interest. On June 28, 2014, I sent an update by email to the twenty parties that continue to show an interest in all or some of the Debtors' assets. The update included a copy of the Purchase Agreement (without exhibits) and a copy of the Bid Procedures. I anticipate that Gerbsman and the Debtors will receive further inquiries regarding the Debtors' assets during the days leading up to the hearing on the Motion.[1]

8. As of June 29, 2014 at least 8 parties continue their due diligence efforts. I expect to have daily communication with these parties through the Auction.

I declare under penalty of perjury under the laws of the State of California that the facts set forth in are true and correct to the best of my knowledge.

Dated: June 30, 2014

By: /s/ Steven R. Gerbsman
    Steven R. Gerbsman

---

[1] The Debtors will supplement the record prior to or at the hearing with respect to marketing efforts that occur from date of this Sale Motion to the Sale Hearing.

TTH:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec SRG v3.docx

3

DECLARATION OF STEPHEN GERBSMAN IN SUPPORT OF MOTION BY DEBTORS TO APPROVE CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS

Case: 14-51955    Doc# 148-8    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 3 of 3