JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile:  (650) 857-1288
Email:  murray.john@dorsey.com
Email:  oneill.stephen@dorsey.com
Email:  franklin.robert@dorsey.com
Email:  hwang.thomas@dorsey.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**CLEAREDGE POWER, INC.**,<br>Employer Tax I.D. No. 20-0119415<br><br>**CLEAREDGE POWER, LLC**<br>Employer Tax I.D. No. 06-1517615<br><br>**CLEAREDGE POWER INTERNATIONAL SERVICE, LLC**<br>Employer Tax I.D. No. 27-3468551<br><br>Debtor(s).<br><br>920 Thompson Place, Suite 100<br>Sunnyvale, California  94085 | Case No. 14-51955-CN-11<br><br>Case No. 14-51956-CN-11<br><br>Case No. 14-51960-CN-11<br><br>Cases Jointly Administered<br>Under Chapter 11<br><br>Date:   July 11, 2014<br>Time:   4:00 p.m.<br>Place:  280 S. First Street, Room 3070<br>        San Jose, CA 95113<br>Judge:  Honorable Charles Novack |

**DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF
MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS**

I, Stephen T. O'Neill, declare:

1.  I am an attorney duly licensed to practice in this state and before this Court and a

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

1

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955   Doc# 148-9   Filed: 06/30/14   Entered: 06/30/14 13:44:57   Page 1 of 9

1. partner at Dorsey & Whitney LLP, counsel of record for the Debtors in the above-captioned jointly-administered bankruptcy cases. I have firsthand knowledge of all facts stated herein except as to those stated on information and belief, and I would and could testify to the contents of this declaration if called upon to do so.

2. The Debtors commenced these Chapter 11 cases on May 1, 2014 (the "Petition Date"). The Debtors are operating their businesses as debtors in possession pursuant to the provisions of 11 U.S.C. §§ 1107 and 1108.

3. I make this Declaration in support of the MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (the "Motion").

4. My firm caused to be conducted a search of the public records of the Secretary of State offices for California, Delaware and Oregon. Searches were conducted for CEP, Inc. with the Oregon Secretary of State through April 27, 2014. Searches were conducted for CEP, LLC with the California Secretary of State through March 26, 2014, and with the Delaware Secretary of State through March 14, 2014. Searches were conducted for UTC Power (as predecessor to CEPIS) with the California Secretary of State through March 31, 2014; with the Delaware Secretary of State through March 21, 2014; and with the Oregon Secretary of State through April 1, 2014. Other than the filing listed below, no other filings were returned. With respect to any UCC filings filed in a jurisdiction other than the respective jurisdiction of each Debtor (i.e., Oregon for CEP, Inc., and Delaware for both CEP LLC and CEPIS), such liens are in bona fide dispute on the basis that a UCC filing must be made in the state in which the Debtor is incorporated. Accordingly, the Purchased Assets may be sold free and clear of any such liens pursuant to section 363(f)(4). Other than possibly termination filings, the Debtors are not aware of any filings other than those reflected here or in the immediately following paragraph. Filings which terminated or have expired are not listed herein. The following is a summary of all filings against the Debtors:

/ / /

/ / /

/ / /

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

2

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955    Doc# 148-9    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 2 of 9

**ClearEdge Power, LLC - Delaware**[1]

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Talmer Bank and Trust | 7/30/13 | Energy Services Agreement between City of New Haven & Debtor; 1 PureCell Model 400 unit, serial number 9550 | 2013 2969898 |
| Talmer Bank and Trust | 7/30/13 | Energy Services Agreement between Eastern Connecticut State University and Debtor; 1 PureCell Model 400 unit, serial number 9554 | 2013 2969906 |
| Talmer Bank and Trust | 7/30/13 | Energy Services Agreement between University of Connecticut and Debtor; 1 PureCell Model 400 unit, serial number 9553 | 2013 2969997 |
| Talmer Bank and Trust | 7/30/13 | Energy Services Agreement between Coca Cola and Debtor; 2 PureCell Model 400 units, serial numbers 9538 & 9542 | 2013 2970003 |
| Talmer Bank and Trust | 7/30/13 | Energy Services Agreement between Pratt & Whitney and Debtor; 2 PureCell Model 400 units, serial numbers 9506 & 9507 | 2013 2970169 |
| Talmer Bank and Trust | 7/30/13 | Energy Services Agreement between Coca Cola and Debtor; 2 PureCell Model 400 units, serial numbers 9538 & 9542 | 2013 2970227 |
| Talmer Bank and Trust | 8/21/13 | Energy Services Agreement between City of Hartford and Debtor; 1 PureCell Model 400 unit, serial number 9548 | 2013 3277044 |
| VFS LLC<br><br>Amended to CM TFS LLC | 8/30/13 | 1 PureCell Model 400 unit (and certain related equipment), all accessories and parts, all chattel paper and contract rights relating thereto, all cash and non-cash proceeds, including insurance proceeds and all books and records relating to the property | 2013 3408276 |
| Talmer Bank and Trust | 9/26/13 | Energy Services Agreement between Rochester Institute of Technology and Debtor; 1 PureCell Model 400 unit, serial number 9555 | 2013 3765576 |
| Talmer Bank and Trust | 9/26/13 | Energy Services Agreement between Mt. Sinai Hospital and CEP; 1 PureCell Model 400 unit, serial number 9552 | 2013 3765642 |
| Crestmark Bank | 11/13/13 | 6 PureCell Model 400 units (and certain related equipment), all accessories and parts, all chattel paper and contract rights relating thereto, all cash and non-cash proceeds, including insurance proceeds and all books and records relating to the property | 2013 4477163 |

---

[1] Talmer Bank and Trust and Crestmark Bank filing list ClearEdge Power Corporation, a predecessor to ClearEdge Power, LLC, as the debtor entity.

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

3

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955    Doc# 148-9    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 3 of 9

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| REF Investments Ltd.[2] | 2/17/14 | (i) 100% of limited liability company interests of CEP Finance (the "LLC Collateral"), (ii) additional equity securities issued by CEP Finance, (iii) warrants or option rights to acquire any equity security interest in CEP Finance, (iv) securities or dividends on account of any LLC Collateral, and (v) cash and non-cash proceeds of any LLC Collateral paid or distributed to or acquired by Debtor | 2014 0621300 |
| The J. E. Shepard Company | 3/28/14 | All manufacturing and fixtures located 90 Bidwell Road and 195 Governor's Highway in South Windsor, Connecticut as of 8/9/13 | 2014 1213115 |
| Shepard-Pola, Incorporated | 3/28/14 | All manufacturing and fixtures located 90 Bidwell Road and 195 Governor's Highway in South Windsor, Connecticut as of 8/9/13 | 2014 1213842 |

**ClearEdge Power, Inc. - Oregon**

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Dell Financial Services L.L.C. | 4/27/11 | Specific equipment, pursuant to lease agreement | 8774637 |
| US Bancorp Equipment Finance, Inc. | 9/7/11 | Specific equipment, pursuant to lease agreement | 8872164 |
| Gelco Corporation dba GE Fleet Services | 5/1/13 | Vehicle, pursuant to lease agreement | 89712412 |
| Gelco Corporation dba GE Fleet Services | 8/21/13 | Vehicle, pursuant to lease agreement | 89815547 |
| Gelco Corporation dba GE Fleet Services | 1/8/14 | Vehicle, pursuant to lease agreement | 89928501 |

5. I am informed and believe that counsel for Doosan caused to be conducted searches of the public records of the Secretary of State offices for Connecticut, Delaware and Oregon, and the local offices in Connecticut. Based on my review of the reports resulting from such searches as provided by Doosan's counsel, searches were conducted for CEP, Inc. with the Oregon Secretary of

---

[2] REF Investments, Ltd. also filed a UCC-1 financing statement with respect to all of the assets of ClearEdge Power Finance, LLC, which will file for bankruptcy protection if REF Investments, Ltd. makes a Sale Election (as defined in the Motion).

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

4

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955   Doc# 148-9   Filed: 06/30/14   Entered: 06/30/14 13:44:57   Page 4 of 9

State through June 1, 2014, with the Connecticut Secretary of State through May 28, 2014, and in South Windsor Town, Connecticut, through May 30, 2014; searches were conducted for CEP, LLC with the Delaware Secretary of State through May 22, 2014, with the Connecticut Secretary of State through May 27, 2014, and in South Windsor Town, Connecticut, through May 30, 2014; searches were conducted for CEPIS with the Delaware Secretary of State through May 22, 2014, with the Connecticut Secretary of State through May 27, 2014, and in South Windsor Town, Connecticut, through May 30, 2014. Other than the filings listed below and in the immediately preceding paragraph, no other filings were returned in the search result reports received from Doosan's counsel. Other than possibly termination filings, the Debtors are not aware of any filings other than those reflected here or in the immediately preceding paragraph. Filings which terminated or have expired are not listed herein. The following is a summary of all filings against the Debtors which are not duplicative of the filings set forth in the immediately preceding paragraph, as set forth in the search result reports received from Doosan's counsel:

**ClearEdge Power, LLC - Delaware**

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Samsung Everland | 4/8/14 | Accounts receivable under Fuel Cell Operations and Maintenance Service Agmt as of 11/1/2010 between CEP, International Service, LLC and GS Power Co., Ltd., to be paid by 12/15/2015 | 20141371947 |

**ClearEdge Power, LLC - Connecticut**

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Connecticut Innovations, Inc.[3] | 12/3/09 | All fuel cell power generating equipment purchased with proceeds of the grant (3/30/2009) including additions, replacements, proceeds, etc. | 0002726857 |
| Connecticut Innovations, Inc. | 2/1/10 | All fuel cell power generating equipment purchased with proceeds of the grant (12/8/2009) including additions, replacements, proceeds, etc. | 0002734710 |

---

[3] All UCC-1 financing statements filed by this secured party name UTC Power Corporation, a predecessor of the identified Debtor as the debtor entity.

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

5

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955    Doc# 148-9    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 5 of 9

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Shepard-Pola, Incorporated [4] | 3/28/14 | All manufacturing and fixtures located 90 Bidwell Road and 195 Governor's Highway in South Windsor, Connecticut as of 8/9/13 | 0002986085 |
| J.E. Shepard Company [5] | 3/28/14 | All manufacturing and fixtures located 90 Bidwell Road and 195 Governor's Highway in South Windsor, Connecticut as of 8/9/13 | 0002986086 |

**ClearEdge Power, LLC – South Windsor Town, Connecticut**

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Louriero Engineering Associates, Inc. | 5/08/14 | Mechanic's Lien for materials furnished and services rendered in connection with development of premises at 100 Bidwell Rd. and R004 Bidwell Rd. | V 2404 P 325 |

**ClearEdge Power International Service, LLC - Delaware**

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Samsung Everland | 4/8/14 | Accounts receivable under Fuel Cell Operations and Maintenance Service Agreement dated November 1, 2010 | 20141371947 |

**ClearEdge Power International Service, LLC – South Windsor Town, Connecticut**

| NAME | DATE OF FILING | COLLATERAL COVERAGE | FILING NO. |
|---|---|---|---|
| Louriero Engineering Associates, Inc. | 5/08/14 | Mechanic's Lien for materials furnished and services rendered in connection with development of premises at 100 Bidwell Rd. and R004 Bidwell Rd. | V 2404 P 325 |

6. I am informed and believe that in addition to the above UCC filings, several parties have asserted mechanics liens or related liens, preliminary notices, or notices of intent related thereto, as follows.

| Claimant | Date | Property Liened | Bal. Outstanding |
|---|---|---|---|
| B-G Mechanical Service, Inc. [6] | 5/1/2014 | 547 Clinton Ave., Brooklyn, NY | $194,982.64 |

---

[4] This secured party also filed a separate UCC-1 financing statement against ClearEdge Power Corporation, a predecessor of the identified Debtor.

[5] This secured party also filed a separate UCC-1 financing statement against ClearEdge Power Corporation, a predecessor of the identified Debtor.

[6] Each mechanic's lien filed by this party (other than the lien on New Jersey property) was subsequently rescinded by such party.

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

6

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955  Doc# 148-9  Filed: 06/30/14  Entered: 06/30/14 13:44:57  Page 6 of 9

| # | Claimant | Date | Address | Amount |
|---|---|---|---|---|
| 1 | B-G Mechanical Service, Inc. | 5/1/2014 | 739 Rockaway Ave. Brooklyn, NY | $128,777.80 |
| 2 | B-G Mechanical Service, Inc. | 5/1/2014 | 55 Meserole Street, Brooklyn, NY | $1,186,297.76 |
| 3 | B-G Mechanical Service, Inc. | 5/23/2014 | Somerset County, New Jersey | $762,925.31 |
| 4 | B-G Mechanical Service, Inc. | 5/1/2014 | 89-63 163rd St., Jamaica, NY | $565,722.06 |
| 5 | B-G Mechanical Service, Inc. | 5/1/2014 | 355 Forest Ave., Staten Island, NY | $191,925.26 |
| 6 | California Power Partners Inc. | 4/29/2014 | 5565 Linda Paseo, San Diego, CA | $19,085.63 |
| 7 | CSI Electrical Contractors, Inc. | 5/1/2014 (Amended 5/16/2014) | 2001 Third Street, Norco, CA | $450,083.00 |
| 8 | CSI Electrical Contractors, Inc. | 5/1/2014 | 21865 Copley Drive, Diamond Bar, CA | $45,274.42 |
| 9 | Durus Construction LLC | 5/8/2014 | 7205 NW Evergreen, Hillsboro, OR | $66,007.00 |
| 10 | Galasso Trucking & Rigging, Inc. | 5/8/2014 | 549 Clinton Ave., Brooklyn, NY | $29,500.00 |
| 11 | Galasso Trucking & Rigging, Inc. | 5/8/2014 | 89-17 163rd St., Jamaica, NY | $25,800.00 |
| 12 | Loureiro Engineering Associates, Inc. | 5/6/2014 | 100 & R004 Bidwell Road, S. Windsor CT | $79,350.00 |
| 13 | New England Mechanical Services, Inc. | 4/28/2014 | 90-100 Bidwell Road, S. Windsor, CT | $11,418.00 |
| 14 | New England Mechanical Services, Inc. | 4/28/2014 | 195 Governors Hwy, S. Windsor, CT | $71,595.45 |
| 15 | Pinto & Teger Electric Corp | 6/4/2014 | 741 Zeckendorf, Garden Cty, NY | $275,002.00 |
| 16 | Perham Construction | 5/1/2014 | 3991 Happy Valley, Lafayette, CA | $10,000.00 |
| 17 | Perham Construction | 5/1/2014 | 2 Carolina Lane, Atherton, CA | $4,000.00 |
| 18 | Perham Construction | 5/1/2014 | 3562 Villera Court, Pleasanton, CA | $2,000.00 |
| 19 | Perham Construction | 5/1/2014 | 234 Shawnee Pass Rd, Portola Valley | $4,000.00 |
| 20 | Perham Construction | 5/1/2014 | 250 Atherton Road, Atherton, CA | $2,000.00 |
| 21 | Perham Construction | 5/1/2014 | 300 Alpine Road, Portola Valley, CA | $6,000.00 |
| 22 | Perham Construction | 5/1/14 | 135 Ridgewood, Kentfield CA | $5,000.00 |
| 23 | Otto H. Rosentreter Company | 6/2/2014 | 2950 Zanker Road, San Jose, CA | $171,584.05 |
| 24 | West-Fair Electric Contractors, Inc. | 5/6/2014 | 401 Fieldcrest Dr., Elmsford, NY | $498,673.35 |
| 25 | Zimmerman's Commercial Flooring Inc. | 4/24/2014 | 7175 NW Evergreen, Hillsboro, OR | $13,862.00 |

26  7. D.T. Gruelle Company Group, LLC d/b/a D.T. Gruelle Company, Network Global

27 Logistics, LLC, Javelin Logistics Corporation, J.M. Rogers Co. Inc. and SDV (USA), Inc. have

28 asserted warehousemen or similar possessory liens under services agreements with the Debtors to

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

7

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955    Doc# 148-9    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 7 of 9

perform storage, shipping and related services, pursuant to which the Debtors allegedly granted security interests in and a lien upon the goods subject to each agreement, to secure storage charges and all amounts due under the agreements.

8. Advantech Industries, Inc., Metro Mold & Design, LLC, Rosemount Inc., Toray Composites (America), Inc., Trane US, Inc., Universal Sheet Metal, Inc. and W.W. Grainger, Inc. have asserted reclamation claims pursuant to Bankruptcy Code Section 546(c) arising from the delivery by such parties of various goods to the Debtors within 45 days prior to the Petition Date.

9. I have been contacted by Victor W. Zhao, attorney for the United States Department of Energy (the "DOE") in this bankruptcy case. He has advised me that the intellectual property being acquired through this Sale include inventions that were developed under U.S. Department of Energy funding agreements. According to Mr. Zhao, the inventions include, but are not limited to, the inventions disclosed in: (i) U.S. Patent Nos. 7,871,957, 7,655,183, and 8,070,860 (ii) U.S. Patent Application Nos. 13/577,327 and 13/496,883; and (iii) any foreign patent applications and patents related to the aforementioned patents and patent applications (these inventions and related patents and patent applications are collectively referred to herein as "DOE-Funded IP"). Mr. Zhao further advised me that the DOE waived its domestic and foreign patent rights to the DOE-Funded IP subject to certain government-reserved rights and contractor commitments pursuant to DOE Patent Waivers, including, but not limited to, DOE Patent Waiver Nos. W(A)-05-037,[7] W(A) 2010-054,[8] or W(A) 2002-038.[9] The DOE has requested the Sale Order to include the following language:

> "Notwithstanding any other provisions or language of this Order, any rights to DOE-Funded IP acquired through this Sale shall be subject to the government-reserved rights and contractor commitments including, but not limited to, the U.S. Competitiveness Provision, set forth as subparagraph(t) in the applicable DOE Patent Waivers, or as otherwise required by federal law."

10. At a hearing on June 26, 2014, on the Debtors' AMENDED MOTION FOR ORDER

---

[7] This waiver is publicly-available at http://energy.gov/sites/prod/files/gcprod/documents/WA_05_037_UNITED_TECHNOLOGIES_CORP_Waiver_of_Patent_Rights_t.pdf (last accessed May 20, 2014).

[8] This waiver is publicly-available at http://energy.gov/sites/prod/files/2013/10/f3/W%28A%292010-054.pdf (last accessed June 9, 2014).

[9] Attached hereto as **Exhibit "C".**

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

8

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955    Doc# 148-9    Filed: 06/30/14    Entered: 06/30/14 13:44:57    Page 8 of 9

APPROVING BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS [Docket No. 61], the Court approved certain procedures (the "Bid Procedures") with respect to the submission of overbids. All counsel have approved the form of ORDER APPROVING BID PROCEDURES AND RELATED MATTERS RE SALE OF CERTAIN ASSETS OF THE DEBTORS (the "Bid Procedures Order"); however as of the date of this declaration, the Bid Procedures Motion has not been entered. A copy of Bid Procedures Order in the form or substantially the form to be entered on the Court Docket is attached hereto as **Exhibit "A."**

11. A copy of the Bid Procedures is attached hereto as **Exhibit "B."**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 30, 2014.

*/s/Stephen T. O'Neill*
Stephen T. O'Neill

RAF:sb
H:\Client Matters\- F&R\ClearEdge\Pl\CE Inc\Sale\Mot Dec STO v6.docx

9

DECLARATION OF STEPHEN T. O'NEILL IN SUPPORT OF MOTION BY DEBTORS TO APPROVE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, . . . .

Case: 14-51955   Doc# 148-9   Filed: 06/30/14   Entered: 06/30/14 13:44:57   Page 9 of 9