JOHN WALSHE MURRAY (074823)
STEPHEN T. O'NEILL (115132)
ROBERT A. FRANKLIN (091653)
THOMAS T. HWANG (218678)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: murray.john@dorsey.com
Email: oneill.stephen@dorsey.com
Email: franklin.robert@dorsey.com
Email: hwang.thomas@dorsey.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

| | |
|---|---|
| **CLEAREDGE POWER, INC.**, Employer Tax I.D. No. 20-0119415 | Case No. 14-51955-11-CN |
| **CLEAREDGE POWER, LLC** Employer Tax I.D. No. 06-1517615 | Case No. 14-51956-11-CN |
| **CLEAREDGE POWER INTERNATIONAL SERVICE, LLC** Employer Tax I.D. No. 27-3468551 | Case No. 14-51960-11-CN |
| Debtor(s). | Cases Jointly Administered Under Chapter 11 |
| 920 Thompson Place, Suite 100 Sunnyvale, California 94085 | *[No Hearing Required]* |

**SUPPLEMENT TO EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)**
(DAVIS POLK & WARDWELL LLP)

**TO: THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE:**

The Debtors file this Supplement to the EX PARTE APPLICATION FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e) [Docket No. 137] requesting authority to employ Davis Polk & Wardwell LLP ("Davis Polk") as special counsel

| | |
|---|---|
| 1 | for ClearEdge Power, Inc., ClearEdge Power, LLC and ClearEdge Power International Service, |
| 2 | LLC, the debtors and debtors in possession herein, to transmit to the Court the contact information |
| 3 | for Davis Polk as follows: |

        Damian S. Schaible
        Kevin J. Coco
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY 10017
        Telephone: (212) 450-4000
        Facsimile: (212) 607-7973
        Email: damian.schaible@davispolk.com
        Email: kevin.coco@davispolk.com

        Alan F. Denenberg
        DAVIS POLK & WARDWELL LLP
        1600 El Camino Real
        Menlo Park, CA 94025
        Telephone: 650-752-2004
        Facsimile: 650-752-3604
        Email: alan.denenberg@davispolk.com

Dated: July 9, 2014                **DORSEY & WHITNEY LLP**

                                        By: */s/ Robert A. Franklin*
                                            Robert A. Franklin
                                            Attorneys for Debtors